UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN AND PHYLLIS BERNSTEIN | : |
| Plaintiffs, | : CIVIL NO. 3:02cv1740 (JCH) |
| V. | : |
| TOWN OF SHERMAN | : |
| Defendant. | : DECEMBER 11, 2003 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned moves for leave to withdraw her appearance filed on behalf of the Town of Sherman ("Sherman") in the above matter.

The undersigned has been acting as counsel for Sherman, but has recently taken a position at a new firm and will no longer be representing Sherman. In addition to the undersigned, Attorney Thomas R. Gerarde of the firm of Howd & Ludorf has filed his appearance on behalf of Sherman.

Because Attorney Gerarde will now be acting as Sherman's local counsel, the undersigned requests that her motion for leave to withdraw her appearance be granted.

HART1-1146467-1

- 2 -

Dated: Hartford, Connecticut
      December 11, 2003

                                      DEFENDANT,
                                      TOWN OF SHERMAN

                                      By _/s/ Lisa K. Titus_
                                      Lisa K. Titus  (ct22077)
                                      Robinson & Cole LLP
                                      280 Trumbull Street
                                      Hartford, CT 06103-3597
                                      Tel. No.: (860) 275-8200
                                      Fax No.: (860) 275-8299
                                      E-mail: ltitus@rc.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, first-class mail, postage prepaid, on this 11th day of December, 2003, to:

Vincent M. Musto, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

D. Randall DiBella, Esq.
Cramer & Anderson, LLP
51 Main Street
New Milford, CT 06776

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

and by Certified Mail, Return Receipt Requested to:

Town Clerk
Town of Sherman
Town Hall
P.O. Box 39
Sherman, CT 06784

_Lisa K. Titus_
Lisa K. Titus