

disk

28

FILED

2003 DEC 15 P 2: 35

US.

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

STEPHEN BERNSTEIN AND PHYLLIS
BERNSTEIN

      Plaintiffs,

V.

TOWN OF SHERMAN

      Defendant.

      CIVIL NO. 3:02cv1740 (JCH)

      DECEMBER 11, 2003

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

The undersigned moves for leave to withdraw her appearance filed on behalf of the Town

of Sherman ("Sherman") in the above matter.

The undersigned has been acting as counsel for Sherman, but has recently taken a

position at a new firm and will no longer be representing Sherman. In addition to the

undersigned, Attorney Thomas R. Gerarde of the firm of Howd & Ludorf has filed his

appearance on behalf of Sherman.

Because Attorney Gerarde will now be acting as Sherman's local counsel, the

undersigned requests that her motion for leave to withdraw her appearance be granted.

MOTION GRANTED.

SO ORDERED

Janet C. Hall, U.S.D.J.

HART1-1146467-1