UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        )
STEPHEN BERNSTEIN and PHYLLIS           )
BERNSTEIN                               )   CIVIL ACTION NO.
                                        )   3:02 CV 1740 (JCH)
VS.                                     )
                                        )
TOWN OF SHERMAN                         )   February 3, 2004
_____)

## MOTION FOR URGENT TELEPHONIC STATUS CONFERENCE

Present plaintiffs' counsel, Vincent Musto, has just retired from the plaintiffs' law firm of Koskoff Koskoff & Bieder to begin teaching. All thirty of his cases have been reassigned to the undersigned for direct handling or supervision. In light of the undersigned's present schedule and case load, it will not be possible to comply with the present scheduling order in this matter. It also will not be possible for the undersigned to accommodate defense counsel's present obligations in this matter.

Plaintiffs' counsel, with the consent of counsel for the defendant Town of Sherman, requests an urgent telephone status conference to address extensions of time with regard to discovery, dispositive motions and a readiness date for trial.

The court's favorable consideration of this motion would be greatly appreciated.

THE PLAINTIFFS

By _____
Richard A. Bieder
Federal Bar No. ct04208
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 3rd day of February, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

_____
Richard A. Bieder