UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                              )
STEPHEN BERNSTEIN and PHYLLIS  )
BERNSTEIN                                 )   CIVIL ACTION NO.
                                              )   3:02 CV 1740 (JCH)
VS.                                          )
                                              )
TOWN OF SHERMAN               )   February 3, 2004
_____)

## APPEARANCE

To the Clerk of this Court and all parties of record:

   Please enter my appearance for the plaintiffs in the above-entitled matter.

_____
Richard A. Bieder
Federal Bar No. ct04208
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421

## CERTIFICATION

   This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 3rd day of February, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

                                                                                          _____
                                                                                          Richard A. Bieder