FILED

2004 FEB -5 A 11: 48

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT US DISTRICT
BRIDGE...

```
------------------------------------x
STEPHEN BERNSTEIN and PHYLLIS,      :    CIVIL ACTION NO.
BERNSTEIN,                          :    3:02 CV 1740 (JCH)
                                    :
          Plaintiff,                :
                                    :
VS.                                 :
                                    :
TOWN OF SHERMAN,                    :
                                    :    February 3, 2004
          Defendant.               :
------------------------------------x
```

### APPEARANCE

Please enter the appearance of David P. Burke as counsel for the Town of Sherman in the above-entitled matter in addition to the appearances already on file for said Defendant.

By:    _____
       David P. Burke
       Cramer & Anderson LLP
       68 North Street
       Danbury, Connecticut 06810
       (203) 790-7747
       Federal Bar No. ct14078

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid on February 3, 2004, to all counsel of record, as follows:

Richard A. Bieder, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

Thomas R. Gerarde, Esq.
Lisa K. Titus, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

D. Randall DiBella, Esq.
Cramer & Anderson LLP
51 Main Street
New Milford, CT  06776

David P. Burke