FILED

2004 FEB -3  A 9:39

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN ) | |
| ) | CIVIL ACTION NO. |
| ) | 3:02 CV 1740 (JCH) |
| VS. ) | |
| ) | |
| TOWN OF SHERMAN ) | February 3, 2004 |

## MOTION FOR URGENT TELEPHONIC STATUS CONFERENCE

Present plaintiffs' counsel, Vincent Musto, has just retired from the plaintiffs' law firm of Koskoff Koskoff & Bieder to begin teaching. All thirty of his cases have been reassigned to the undersigned for direct handling or supervision. In light of the undersigned's present schedule and case load, it will not be possible to comply with the present scheduling order in this matter. It also will not be possible for the undersigned to accommodate defense counsel's present obligations in this matter.

Plaintiffs' counsel, with the consent of counsel for the defendant Town of Sherman, requests an urgent telephone status conference to address extensions of time with regard to discovery, dispositive motions and a readiness date for trial.

*Motion Granted / So Ordered* 2/18/04