2/4/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

FEBRUARY 12, 2004
2:30 p.m.

STATUS CONFERENCE HELD
Date: 2/12/04

CASE NO. 3-02-cv-1740 (JCH)   Bernstein, et al v. Town of Sherman

David Randall DiBella
Cramer & Anderson
51 Main Street
New Milford, CT 06776

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Ave.
Hartford, CT 06114-1190

Richard Bieder
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Ave.
Bridgeport, CT 06604

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.