UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| v. | : | |
| TOWN OF SHERMAN | : | APRIL 28, 2004 |

## **APPEARANCE**

Please enter the appearance of Beatrice S. Jordan as attorney for the defendant, Town of Sherman, in the above-captioned matter, in addition to the appearance already on file by this firm.

DEFENDANT,
TOWN OF SHERMAN


By____/s/ Beatrice S. Jordan____
  Beatrice S. Jordan
  ct22001
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114
  (860) 249-1361
  (860) 249-7665 (Fax)
  E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

        This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 28th day of April, 2004.

Richard Bieder, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                                  _____/s/ Beatrice S. Jordan_ __
                                                  Beatrice S. Jordan