UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.:  3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | APRIL 28, 2004 |

**ANSWER AND SPECIAL DEFENSES TO AMENDED COMPLAINT DATED MARCH 5, 2003**

**COUNT ONE**:

    1.    Paragraph 1 is admitted.

    2.    The defendant does not respond to paragraph 2 because it calls for a legal conclusion.

    3.    As to paragraphs 4, 5, 6 and 9, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiffs to their burden of proof.

    4.    Paragraphs 3, 7, 8, 10 and 11 are denied.

    5.    As to paragraph 12, the defendant admits receipt of the notice but denies the adequacy of the notice pursuant to statutory provisions.

**COUNT TWO**:

    1.    The answers to paragraphs 1 through 12 of Count One, are hereby made the answers to paragraphs 1 through 12 of Count Two, as if fully set forth herein.

    2.    As to paragraphs 13 and 14, this defendant does not have sufficient knowledge or information upon which to base a belief or opinion about the truth of the matters contained therein and, therefore, leaves the plaintiffs to their burden of proof.

## BY WAY OF AFFIRMATIVE DEFENSES

**First Special Defense to Count One**

Plaintiff has failed to state a claim upon which relief can be granted.

**Second Special Defense to Count One**

The defendant, Legion Insurance Company, is entitled to a credit or set-off for any disability benefits paid or payable to the plaintiff, Stephen Bernstein.

**Third Special Defense to Count One**

The defendant, Legion Insurance Company, entitled to a credit or set-off for any health insurance benefits or other collateral source benefits paid or payable to the plaintiff, Stephen Bernstein.

**Fourth Special Defense to Count One**

The plaintiff's recovery is limited by Conn. Gen. Stat. §38a-841(1)(a)(ii), less all applicable credits and set-offs as determined by the policy and Conn. Gen. Stat. §38a-845.

**Fifth Special Defense to Count One**

If the plaintiff, Stephen Bernstein, has a claim against any other insurer under any provision in an insurance policy, other than a claim against the policy of Legion Insurance Company which is expressly denied, which is also a covered claim under Conn. Gen. Stat. §§38a-836 to 38a-853, inclusive, shall exhaust first his rights under such policy, and pursuant to Conn. Gen. Stat. §38a-845(1), any amount payable by Legion Insurance Company on a covered claim under Conn. Gen. Stat. §§38a-836 to 38a-853, inclusive, shall be reduced by the amount recoverable under that insurance policy and chapter 568 of the Connecticut General Statutes.

**Sixth Special Defense to Count One**

If the plaintiff, Stephen Bernstein, has a claim under any governmental insurance or guaranty program which such claim is also a covered claim shall be required to first exhaust his rights under such program and pursuant to Conn. Gen. Stat. §38a-845(3), any amount payable by Legion Insurance Company, which is

expressly denied, on a covered claim under §§38a-836 to 38a-853, inclusive, shall be reduced by any amount recoverable under such program.

**First Special Defense to Count Two**

    Plaintiff has failed to state a claim upon which relief can be granted.

                        DEFENDANT,
                        TOWN OF SHERMAN


                        By  /s/ Beatrice S. Jordan
                        Beatrice S. Jordan
                        ct22001
                        Howd & Ludorf
                        65 Wethersfield Avenue
                        Hartford, CT  06114
                        (860) 249-1361
                        (860) 249-7665 (Fax)
                        E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 28th day of April, 2004.

Richard Bieder, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                                                                   /s/  Beatrice S. Jordan
                                                                               Beatrice S. Jordan