UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| v. | : | |
| TOWN OF SHERMAN | : | MAY 13, 2004 |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c), the defendant, Town of Sherman, hereby moves for summary judgment as to each and every allegation of the plaintiffs' two count Amended Complaint dated March 5, 2003.

As is more particularly set forth in the attached supporting memorandum of law, the defendant provides as follows:

    1.    The defendant, Town of Sherman, is entitled to judgment as a matter of law as it is not the party bound to keep the roadway in the location of the plaintiff's fall in repair;

    2.    The area of roadway within the Town of Sherman leading up to the New Milford town line is not defective as a matter of law; and

ORAL ARGUMENT IS REQUESTED

3.     The defendant is entitled to judgment as a matter of law as loss of consortium claims are not available in conjunction with Conn. Gen. Stat. §13a-149, which permits recovery only by the injured traveler.

As required by D. Conn. L. Civ. R. 7 and 56(a), a Memorandum of Law, exhibits, and a Statement of Material Facts Not In Dispute has been simultaneously filed with this Motion.

WHEREFORE, the defendant respectfully requests that this Court grant its Motion for Summary Judgment.

DEFENDANT,
TOWN OF SHERMAN


By__/s/ Thomas R. Gerarde____
   Thomas R. Gerarde
   ct05640
   Howd & Ludorf
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  tgerarde@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of May, 2004.

Richard Bieder, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                                    ____/s/ Thomas R. Gerarde____
                                                   Thomas R. Gerarde