UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | MAY 13, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the defendant, Town of Sherman, has manually filed the following documents or things to the defendant's Motion for Summary Judgment:

1. **Exhibit A** – Deposition Transcript of Phyllis Bernstein

2. **Exhibit B** – Deposition Transcript of Stephen Bernstein

3. **Exhibit C** – Photographs marked as Exhibits I and J at plaintiffs' depositions

4. **Exhibit D** – Photograph marked at Borkowski deposition as Exhibit 4

5. **Exhibit E** – Deposition Transcript of Donald Borkowski

6. **Exhibit F** – Affidavit of Donald Borkowski

7. **Exhibit G** – Affidavit of Patrick R. Hackett

8. **Exhibit H** – Photos of Repaved Road

9. **Exhibit I** – Deposition Transcript of John Serth

10. **Exhibit J** – Photo Marked as Exhibit 1-F at Serth's deposition

11. **Exhibit K** – Photo Marked as Exhibit 1-G at Serth's deposition

12. **Exhibit L** – <u>Szczepanski v. Wolcott</u>, 2002 Ct. Sup. 13604 (Conn. Super. Ct., Oct. 28, 2002)

13. **Exhibit M** – <u>Bostick v. Willimantic</u>, 2002 Ct. Sup. 1226 (Conn. Super. Ct., Jan. 29, 2002) (Potter, J.)

14. **Exhibit N** – <u>Rodrigues v. Corbett</u>, 1999 Ct. Sup. 15432 (Conn. Super. Ct., Nov. 18, 1999)

15. **Exhibit O** – <u>Mastrolillo v. Danbury</u>, 1999 Ct. Sup. 9236 (Conn. Super. Ct., Jul. 15, 1999) (Moraghan, J.)

This document has not been filed electronically because:

[ x ] the document or thing cannot be converted to an electronic format

[ x ] the electronic file of the document exceeds 1.5 megabytes

[  ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[  ] the defendant is excused from filing this document or thing by Court order

The documents or things have been manually served on all parties.

                    DEFENDANT,
                    TOWN OF SHERMAN

By_____
Thomas R. Gerarde
ct05640
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: tgerarde@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via   , to the following counsel of record this 13th day of May, 2004.

Richard Bieder, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____
Thomas R. Gerarde