**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

_____
                                        )
**STEPHEN BERNSTEIN and PHYLLIS**        )
**BERNSTEIN**                            )     **CIVIL ACTION NO.**
                                        )     **3:02 CV 1740 (JCH)**
**VS.**                                  )
                                        )
**TOWN OF SHERMAN**                      )     **July 9, 2004**
_____)

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The plaintiffs in the above-entitled matter move for an extension of time within which to respond to the defendant's Motion for Summary Judgment.   This is plaintiffs' first motion addressed to this deadline.

During a teleconference with the Honorable Janet Hall on February 12, 2004, a schedule was entered which included a deadline for filing dispositive motions by May 15, 2004, and responses thereto by July 15, 2004.   Undersigned counsel requests an extension to August 2, 2004, to file plaintiffs' brief in opposition to defendant's summary judgment motion, in order that the necessary research can be completed and the brief finalized.  The requested extension will have no effect on the projected trial date of mid-winter 2004.

All counsel for the defendant have been contacted and have no objection to the granting of this motion.

THE PLAINTIFFS


By _____
    Richard A. Bieder
    Federal Bar No. ct02397
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tel:  203-336-4421

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 9th

day of July, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, Connecticut 06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Richard A. Bieder