UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN ) ) ) | CIVIL ACTION NO. 3:02 CV 1740 (JCH) |
| VS. ) ) | |
| TOWN OF SHERMAN ) | August 2, 2004 |

## NOTICE OF MANUAL FILING
## LIST OF EXHIBITS

Please take notice that the plaintiff, Stephen Bernstein, has manually filed the following documents or things to the plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment:

1. **Exhibit 1** – Deposition Transcript of Debra Bernstein

2. **Exhibit 2** – Deposition Transcript of Gerry Brooks

3. **Exhibit 3** – Brooks Country Cycling Tours Connecticut Countryside Day Trip Cue Sheet

4. **Exhibit 4** – Deposition Transcript of Stephen Bernstein

5. **Exhibit 5** – Deposition Transcript of Matthew Speier

6. **Exhibit 6** – Campion Ambulance Service Report

7. **Exhibit 7** – Map of Sherman, marked as Exhibit 2 at Borkowski's deposition

8. **Exhibit 8** - Fairfield County Atlas, copy of.p 32 U-3/4; V3 (Hagstrom : 1994)

9. **Exhibit 9** – Photograph marked as Defendant's Exhibit D at Ms. Bernstein's deposition
10. **Exhibit 10** – Photograph taken by John Serth

11.  **Exhibit 11** – Affidavit of Cynthia Bott

12.  **Exhibit 12** – Certified copy of A-2 Survey Map

13.  **Exhibit 13** – Deposition Transcript of John Serth

14.  **Exhibit 14** – Photograph Marked as Defendant's Exhibit 1-F at Serth's Deposition

15.  **Exhibit 15** – Deposition Transcript of Donald Borkowski

16.  **Exhibit 16** – Capital Improvement Plans

17.  **Exhibit 17** – Sherman Highway Department's Monthly Work Schedule May 2001

18.  **Exhibit 18** – Photograph Marked as Exhibit 4 at Borkowski's Deposition

19.  **Exhibit 19** – Photograph Marked as Exhibit 7 at Borkowski's Deposition

20.  **Exhibit 20** – John Serth's report marked as Defendant's Exhibit 1D at his deposition

21.  **Exhibit 21** – <u>Agranov v. Town of Guilford</u>, 1993 Conn. Super. LEXIS 454 (February 16, 1993)

22.  **Exhibit 22** – <u>Pajor v. Town of Wallingford</u>, 1996 Conn. Super. LEXIS 702 (March 18, 1996)

23.  **Exhibit 23** – <u>Santos v. City of Hartford</u>, 1991 Conn. Super. LEXIS 1118 (1991)

24.  **Exhibit 24** – <u>Klimas v. Connecticut Water Co</u>., 2000 Conn. Super. LEXIS 1402

25.  **Exhibit 25 –** <u>Tierney v. Burns, Commissioner, Dept. of Transportation</u>, 1990 Conn. Super. LEXIS 395

                THE PLAINTIFFS

By _____
    Richard A. Bieder
    Federal Bar No. ct02397
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tel:  203-336-4421

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 2nd day of August, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, Connecticut 06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Richard A. Bieder