UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
STEPHEN BERNSTEIN and PHYLLIS       )
BERNSTEIN                           )   CIVIL ACTION NO.
                                    )   3:02 CV 1740 (JCH)
VS.                                 )
                                    )
TOWN OF SHERMAN                     )   August 20, 2004
_____)

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance for the plaintiffs in the above-entitled matter, in addition to

the appearances already on file.

                                                          _____
                                                           Cynthia C. Bott
                                                           Federal Bar # ct09807
                                                           Koskoff Koskoff & Bieder
                                                           350 Fairfield Avenue
                                                           Bridgeport, Connecticut 06604
                                                           Tel:  203-336-4421

## CERTIFICATION

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 20th day of August, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue

Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, Connecticut 06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                          _____
                                                          Cynthia C. Bott