UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **STEPHEN BERNSTEIN, ET AL** : | NO.:  3:02 CV 1740 (JCH) |
| : | |
| **v.** : | |
| : | |
| **TOWN OF SHERMAN** : | **August 20, 2004** |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUR-REPLY IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

      The Plaintiffs request permission to file the attached Sur-Reply, which addresses arguments made by Defendant in its Reply memorandum.   Plaintiffs submit that the Sur-Reply, which is nine pages and timely filed pursuant to Local Rules of Civil Procedure 7 (d), will serve to assist the Court in making its decision.   The filing of the Sur-Reply falls within the stated purpose of the Rules of Civil Procedure, that they be "construed and administered to secure the just, speedy, and inexpensive determination of every action."  Fed. R. Civ. P. 1.

                                                                               THE PLAINTIFFS

                                                                       By_____
                                                                         Cynthia C. Bott
                                                                         Federal Bar # ct09807
                                                                         Richard A. Bieder
                                                                         Federal Bar # ct02397
                                                                         Koskoff, Koskoff, & Bieder
                                                                         350 Fairfield Avenue
                                                                         Bridgeport, CT 06604
                                                                         Federal Bar # 32250
                                                                         Tel: 203-336-4421

## **CERTIFICATION**

  This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 20th day of August, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, Connecticut 06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                _____
                Cynthia C. Bott