## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

STEPHEN BERNSTEIN, ET AL     :     NO.: 3:02 CV 1740 (JCH)

v.     :

    :

TOWN OF SHERMAN     :     August 20, 2004

### PLAINTIFFS' MOTION FOR PERMISSION TO FILE SUR-REPLY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiffs request permission to file the attached Sur-Reply, which addresses arguments made by Defendant in its Reply memorandum.   Plaintiffs submit that the Sur-Reply, which is nine pages and timely filed pursuant to Local Rules of Civil Procedure 7 (d), will serve to assist the Court in making its decision.   The filing of the Sur-Reply falls within the stated purpose of the Rules of Civil Procedure, that they be "construed and administered to secure the just, speedy, and inexpensive determination of every action." Fed. R. Civ. P. 1.

THE PLAINTIFFS

By Cynthia C. Bott

Cynthia C. Bott
Federal Bar # ct09807
Richard A. Bieder
Federal Bar # ct02397
Koskoff, Koskoff, & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
Federal Bar # 32250
Tel: 203-336-4421