**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN )<br>)<br>VS. )<br>)<br>TOWN OF SHERMAN ) | CIVIL ACTION NO.<br>3:02 CV 1740 (JCH)<br><br>August 20, 2004 |

**NOTICE OF MANUAL FILING**
**LIST OF EXHIBITS**

Please take notice that the Plaintiffs, Stephen and Phyllis Bernstein, have manually filed the following documents or things to the plaintiffs' Sur-Reply in Support of Plaintiffs' Opposition to Motion for Summary Judgment

1. **Exhibit A** – Deposition Transcript of Phyllis Bernstein

2. **Exhibit B** – Inverted photographs, marked as Def. Ex. E, F., G, & H at Phyllis Bernstein's deposition

3. **Exhibit C** – Affidavit of Phyllis Bernstein

THE PLAINTIFFS,


By_____
    Cynthia C. Bott
    Federal Bar #ct09807
    Richard A. Bieder
    Federal Bar # ct02397
    Koskoff, Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tel: 203-336-4421

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 20th day of August, 2004, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, Connecticut 06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

                                                                                              _____
                                                                                               Cynthia C. Bott