UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL : | | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-cv-1740 (JCH) |
| | : | |
| TOWN OF SHERMAN | : | |
|     Defendant | : | AUGUST 4, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

    _____ All purposes

    ____ A ruling on all pretrial motions except dispositive motions

    ____ To supervise discovery and resolve discovery disputes

    _____ A ruling on the following motion(s) which are currently pending:

    ___√___ A settlement conference. **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 4th day of August, 2005.

    /s/ Janet C. Hall
    Janet C. Hall
    United States District Judge