UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | OCTOBER 24, 2005 |

### MOTION FOR PERMISSION TO ADMIT COUNSEL PRO HAC VICE

The defendant, Town of Sherman, hereby requests permission to admit Attorney Jesse J. Graham II, of the firm Rivkin Radler, LLP, EAB Plaza Uniondale, New York 11556-0926, *pro hac vice* pursuant to Local Rules of Civil Procedure 83.1.

The undersigned certifies that Attorney Graham is a member in good standing of the bar of the state of New York. Neither Attorney Graham, nor any member of his law firm has been denied admission or been disciplined by this Court or by any other court to the undersigned's knowledge.

WHEREFORE, the defendant respectfully requests that the Motion to Admit Attorney Graham p*ro hac vice* be granted.

                                            DEFENDANT,
                                            TOWN OF SHERMAN

                                            By___/s/_Beatrice S. Jordan___
                                               Beatrice S. Jordan
                                               ct22001
                                               Howd & Ludorf, LLC
                                               65 Wethersfield Avenue
                                               Hartford, CT  06114
                                               (860) 249-1361
                                               (860) 249-7665 (Fax)
                                               E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 24th day of October, 2005.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                           _____/s/  Beatrice S. Jordan_  __
                                           Beatrice S. Jordan

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| v. | : | |
| TOWN OF SHERMAN | : | |

## AFFIDAVIT OF JESSE J. GRAHAM II

The undersigned, being duly sworn, does hereby depose and say:

1. I am over eighteen (18) years of age and believe in the obligation of an oath.

2. I have personal knowledge of the facts stated herein.

3. I am submitting this affidavit in accordance with Local Rule 83.1(d) in support of my application to appear *pro hac vice* on behalf of the defendant, Town of Sherman, in the above-captioned matter.

4. I am currently a member of the firm Rivkin Radler, LLP, located at EAB Plaza, Uniondale, New York 11556-0926; telephone number: (516) 357-3096 and (212) 455-9561; fax number: (516) 357-3333; and email address: jesse.graham@rivkin.com.

5. I am a member in good standing of the bar of the state of New York.

6. I have not been denied admission or disciplined by this Court or any other court.

7. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

          /s/ Jesse J. Graham II
          Jesse J. Graham II

STATE OF NEW YORK    )
                                  ) ss:
COUNTY OF NASSAU     )

Subscribed and sworn to before me this 20th day of October, 2005.

          /s/ Theresa E. DiMarzo
          ~~Commissioner of the Superior Court~~
          Notary Public
          My commission expires: 8/21/09

2