UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                      )
STEPHEN BERNSTEIN and PHYLLIS         )
BERNSTEIN                             )   CIVIL ACTION NO.
                                      )   3:02 CV 1740 (JCH)
VS.                                   )
                                      )
TOWN OF SHERMAN                       )   December 15, 2005
_____)

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance for the plaintiffs in the above-entitled matter, in addition to the appearances already on file.

                                          _____
                                          William M. Bloss
                                          Federal Bar No. ct01008
                                          Koskoff Koskoff & Bieder
                                          350 Fairfield Avenue
                                          Bridgeport, Connecticut 06604
                                          TEL:  203-336-4421
                                          FAX: 203-368-3244
                                          Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 15th day of December, 2005, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.  
Attorney Beatrice S. Jordan  
Howd & Ludorf  
65 Wethersfield Avenue  
Hartford, Connecticut 06114

D. Randall DiBella, Esq.  
Cramer & Anderson  
51 Main Street  
New Milford, Connecticut 06776

David P. Burke, Esq.  
Cramer & Anderson LLP  
68 North Street  
Danbury, Connecticut 06810

John Sterling, Esq.  
Halloran & Sage  
One Goodwin Square  
225 Asylum Street  
Hartford, CT 06103

Jesse J. Graham, II, Esq.  
Rivkin Radler LLP  
EAB Plaza  
Uniondale, N.Y. 11556-0926

                                                                                    _____  
                                                                                     William M. Bloss