UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                      )
STEPHEN BERNSTEIN and PHYLLIS          )
BERNSTEIN                              )   CIVIL ACTION NO.
                                      )   3:02 CV 1740 (JCH)
VS.                                   )
                                      )
TOWN OF SHERMAN                       )   December 15, 2005
_____)

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

     The plaintiffs in the above-entitled matter move for an extension of time from December 19, 2005, to December 27, 2005, to file the joint pretrial memorandum in this case. This is the first motion addressed to this time limit, and counsel for defendant, Thomas Gerarde, Esquire, agrees that it should be granted.

     The reasons for this request are as follows. Trial is scheduled to commence on February 22, 2006. Jury selection is scheduled for February 1, 2006. The undersigned has recently taken primary responsibility for this case after an unsuccessful mediation before Magistrate Judge Fitzsimmons, and work was not able to be completed on the memorandum due to a trial in New Britain Superior Court and work on a criminal case before Judge Droney in which jury selection is scheduled for December 21, 2005. The criminal case before Judge Droney is very document intensive and has severely limited the amount of time available to complete the joint trial

memorandum.  Finally, the volume of information produced and received in this case requires more time to put together in an orderly manner than it would in some cases.

    Plaintiff knows of no prejudice to defendant if this motion is granted, and if it is granted the memorandum will still be filed more than one month before jury selection and nearly two months before trial.

                                      THE PLAINTIFFS

By  _____
     William M. Bloss
     Federal Bar No. ct01008
     Koskoff Koskoff & Bieder
     350 Fairfield Avenue
     Bridgeport, Connecticut 06604
     Tel:  203-336-4421

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 15th day of December 2005, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, Connecticut 06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

_____
William M. Bloss