UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | DECEMBER 16, 2005 |

**<u>DEFENDANT'S MOTION *IN LIMINE* RE PLAINTIFF'S EXPERT, JOHN SERTH</u>**

The defendant, Town of Sherman, hereby moves *in limine* to preclude plaintiff's liability expert, John Serth, from introducing, by way of records or testimony, any expert opinions to be used as evidence in this case.  As is more specifically set forth in the attached memorandum of law, such testimony or evidence should be precluded because:

      1.     Mr. Serth's testimony and opinions regarding the standard of care applicable to the Town of Sherman with regard to the maintenance of Church Road, and the Town's failure to comply with the same, should be precluded as it improperly sets forth a legal conclusion which usurps the role of the Court and the jury, and erroneously sets forth the standard to be applied in this matter;

      2.     Mr. Serth's testimony and opinions regarding the cause of the plaintiff's injuries, and whether the condition of Church Road was a substantial factor in causing

ORAL ARGUMENT IS REQUESTED

the same, should be precluded as he is not qualified to testify as to the same, his testimony in this regard is speculative and unreliable, is impermissible testimony as to a legal conclusion on an ultimate issue for the jury, is not necessary to assist the jury in understanding or determining any fact or issue in this matter;

    3.    Mr. Serth's expert report should be precluded as he is not qualified to testify as to certain opinions contained therein, is premised upon speculative and unreliable information, seeks to offer impermissible legal conclusions on ultimate issues for the jury, is not necessary to assist the jury in understanding or determining any fact or issue in this matter, and its prejudicial value outweighs its probative value.

For the foregoing reasons, the defendant respectfully requests that the Court grant its Motion *in Limine* be granted.

    DEFENDANT,
    TOWN OF SHERMAN

By____/s/_Beatrice S. Jordan____
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 16th day of December, 2005.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Jesse J. Graham II, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, New York 11556-0926

                                                  /s/ Beatrice S. Jordan
                                               Beatrice S. Jordan