

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN ) ) ) | CIVIL ACTION NO. 3:02 CV 1740 (JCH) |
| VS. ) ) | |
| TOWN OF SHERMAN ) ) | July 31, 2003 |

### PLAINTIFFS' DISCLOSURE OF EXPERT WITNESSES

The plaintiffs disclose the following expert witnesses who will testify in the above matter:

1. **Identity of Experts**

   Adam Stein, M.D.
   Mount Sinai Medical Center
   P.O. Box 1240B
   5 East 98th Street
   New York, New York 10029

   Ralph Iorio, M.D.
   895 Central Avenue
   Woodmere, New York 11598

   Melvin Young, M.D.
   123 Grove Avenue
   Cedarhurst, New York 11516

   Gregg DiPrima MSPT
   St. Charles Hospital
   200 Belle Terre Road
   Port Jefferson, New York 11777

Exhibit A

### Subject Matter of Testimony

The above experts are health care providers who have provided care and treatment to Stephen Bernstein. **Dr. Stein** is a physiatrist who is expected to testify concerning the nature and extent of the injuries suffered by the plaintiff Stephen Bernstein. Dr. Stein will testify that the quadriplegia suffered by Stephen Bernstein is permanent and results in his total disability from work and from most daily activities. Dr. Stein is expected to testify about the type, duration and frequency of care required by Stephen Bernstein, both currently and in the future including, but not limited to, the types of skilled and non-skilled nursing care required by Mr. Bernstein, the requirement for licensed practical nursing care twenty-four hours a day, seven days a week, due to his condition and the requirement for periodic care by a registered nurse and other therapies required by Stephen Bernstein. Dr. Stein will testify that Stephen Bernstein's condition is permanent, that he is not expected to improve, and that he will require total care for his lifetime.

**Dr. Iorio**, a specialist in internal medicine, is expected to testify as to the health of Stephen Bernstein prior to the incident which is the subject of this litigation, as well as his care and treatment of Stephen Bernstein subsequent to his fall in April of 2002. Dr. Iorio will testify as to the injuries and conditions suffered by Stephen Bernstein and the medications required to treat said injuries and conditions. Dr. Iorio will testify that the quadriplegia suffered by Stephen Bernstein is permanent, that he has virtually no movement of his upper and lower body, and that he is confined to his bed or a wheelchair. In addition, Dr. Iorio will testify that Stephen Bernstein suffered congestive heart failure subsequent to this incident and that he did not suffer from this previously. Dr. Iorio will

testify that Stephen Bernstein will require frequent evaluation and visits for shortness of breath, fever and urinary tract infections.

**Dr. Young**, a cardiologist who treated the plaintiff, is expected to testify about his examination of the plaintiff and about the cardiac injuries he suffered. Dr. Young will testify as to the pacemaker required by Stephen Bernstein, the monitoring and care of said pacemaker, and his cardiac status and medications.

**Mr. DiPrima**, a physical therapist, is expected to testify as to the occupational and physical therapies required by Stephen Bernstein, the braces, orthoses and splints needed currently and in the future, the therapy requirements and equipments required now and in the future, and the maintenance therapy required over the lifetime of Stephen Bernstein including, but not limited to, wheelchair requirements and training.

In addition to the subjects described above, all of the experts identified above will testify concerning Stephen Bernstein's prognosis, including his future needs for medical and other related care and the associated costs of the plaintiff's past and future care.

### Substance of Facts and Opinions

The physicians and therapist will testify that the plaintiff suffered severe and painful injuries, as described in the plaintiff's complaint and in the medical records. They will testify that the cause of these injuries was the fall which occurred on April 14, 2002. They will further testify concerning the factual details of the injuries, the cost of Stephen Bernstein's care and concerning the treatment of these injuries. Further, these witnesses will testify that Stephen Bernstein has suffered permanent disability as a result of these injuries, will describe the plaintiff's prognosis and the likelihood of future complications

3

### Basis of Opinion

Mr. Forman will testify based upon his education, training and experience in the field of rehabilitation and habilitation. He will further base his testimony on information obtained from the medical and other care providers for the plaintiff Stephen Bernstein and upon his knowledge of the treatment and care options available for and appropriate to Stephen Bernstein, based on his experience in the field of habilitation and rehabilitation.

### Attachments and Qualifications

The substance of Mr. Forman's opinions and grounds for his opinions are found in the report attached as Exhibit A, which is preliminary and may be amended. Also attached as Exhibit B are Mr. Forman's fee schedule, Professional Resume and Partial List of Cases Acted as Expert Witness In.

3.  ### Identity of Witness

    Gary Crakes, Ph.D.
    860 Ward Lane
    Cheshire, Connecticut 06410

    ### Subject Matter of Testimony

    Dr. Crakes is an economist who will testify or present evidence as to the appraisal of economic loss of Stephen Bernstein as a result of the injuries which he suffered in the incident which is the subject of this litigation.

    ### Substance of Facts and Opinions

    Dr. Crakes has prepared and is expected to testify in accordance with the attached appraisal of economic loss of Stephen Bernstein, based on his life expectancy and continuing cost of care report prepared by Comprehensive Rehabilitation Consultants, Inc.

5

### Basis of Opinion

Dr. Crakes will testify based on his knowledge, training, experience, review of relevant materials and literature, and based upon his review of the facts concerning the continuing cost of care of Stephen Bernstein.

### Attachments and Qualifications

The substance of Dr. Crakes's opinions and grounds for his opinions are found in the Appraisal of Economic Loss prepared by him and attached as Exhibit C. Also attached as Exhibit D is Dr. Crakes's listing of trials, depositions and arbitrations at which he has testified, as well as his schedule of fees.

4. **Identity of Witness**

   John A. Serth, P.E.
   409 Moe Road
   Clifton Park, New York 12065

   ### Subject Matter of Testimony

   Mr. Serth is a Professional Engineer who will testify concerning the defective nature of Church Road, the causes of the defects in the road, the standards for maintaining roads such as Church Road, the failures of the Town of Sherman to properly maintain Church Road, and the manner in which the defective nature of this road caused the crash in which Stephen Bernstein was injured.

   ### Substance of Facts and Opinions

   Mr. Serth will testify in accordance with the attached report. He will testify to the topics and opinions set forth in the report. He is expected to testify that the Town of

Sherman failed to properly maintain Church Road in the vicinity of the crash site. Mr. Serth will testify concerning the condition of the road, that the Town had failed to properly re-surface the road, failed to properly maintain the road, failed to properly patch the road, failed to ensure that the road properly drained water from its surface, failed to remove the berm along the sides of the road, failed to properly clean out debris from the drainage pipe beneath Church Road, failed to take precautions to warn users of the road concerning its defective condition. Further, Mr. Serth will testify that the conditions of the road were the cause of the crash in which Stephen Bernstein was injured.

### Basis of Opinion

Mr. Serth will testify based upon his site visits to the road; based upon the discovery produced in this case including the depositions of Donald Borkowski, Stephen Bernstein, and Phyllis Bernstein. He will also base his opinions and testimony upon photographs of the road, interrogatory responses and documents produced by the defendants, and upon his education, training, and experience in the field of civil engineering.

### Attachments and Qualifications

The substance of Mr. Serth's opinions and grounds for his opinions are found in the Report prepared by him and attached as Exhibit E. Also attached as Exhibit F is Mr. Serth's Curriculum Vitae and a list of trials and depositions at which he has testified.

7

THE PLAINTIFFS

By _____
Vincent M. Musto
Federal Bar No. ct02397
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 31st day of July, 2003, to all counsel and pro se parties of record, as follows:

Attorney Lisa K. Titus
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

D. Randall DiBella, Esq.
Cramer & Anderson
51 Main Street
New Milford, Connecticut 06776

_____
Vincent M. Musto