# John A. Serth Jr., P. E.

Consulting Engineer
409 Moe Road, Clifton Park, N.Y. 12065

518-348-0319
Fax: 518-348-0052
E-Mail: serth@compuserve.com

July 29, 2003

Vincent M. Musto
Koskoff, Koskoff & Bieder, PC
350 Fairfield Avenue, 5th Floor
Bridgeport, CT 06604

                                        Re: Stephen Beinstein
                                        My File No.: 02-49

Dear Mr. Musto:

At your request I have reviewed material relating to a motor vehicle accident which occurred on April 14, 2002 on Church Road in the Town of Sherman, Connecticut.

This report is based upon:

Responses and objections to Plaintiff's Interrogatories and Requests for productions dated February 18, 2003.
Re-notice of Deposition of Donald Borkowski;
Deposition of Donald Borkowski;
Deposition of Stephen Bernstein;
Deposition of Phyllis Bernstein;
Photographs of the accident location
An inspection of the accident location on June 13, 2002.
An inspection of the accident location on July 7, 2003.

This accident involved a single bicyclist named Stephen Bernstein. Mr. Bernstein was riding his bicycle on Church Road when he noticed an area of pavement in disrepair. He braked to slow down before entering this area but as his tires came into contact with the area of pavement which was in disrepair Mr. Bernstein lost control of his bicycle and fell to the ground.

When I visited the accident location I found Church Road to be a rural road with a blacktop surface which was approximately 14 feet wide. As the bicyclist approached the accident location the surface of the road was in good repair. There were shallow ditches on the side of the road where appropriate and there were pipes running under the pavement for drainage where they were needed. Just before the accident location the road sloped downhill slightly. The ground on the left side of the road was generally higher than the road which was generally higher than the ground on the right and there was a stream to the right some distance form the road.

The road suddenly changed at the accident location. The road was no longer running downhill. It was fairly level in the direction of travel. The natural ground on the left was still higher than on the right but the shallow ditch was gone. There was a driveway and barn area on the left that

Exhibit B

EXHIBIT E

Page 2

drained onto the pavement. When I inspected the accident location there was a pipe running under the road but there was a soil berm between the road and the inlet to the pipe which prevented the water that was running down the hill from entering the pipe. On the right side of the road there was another soil berm which would prevent water from draining off of that side of the road. In this area where maintenance problems discouraged the drainage of water from the pavement, the pavement changed from a well maintained surface to a collection of patches and holes. The change happened suddenly and without warning.

During my inspection of the accident location on June 13, 2002 it started to rain. While the road leading up to the accident location drained, the pavement in the area of the accident location was covered with water that was draining into this area from other locations.

**Donald Borkowski** is the Supervisor of Highway, Town of Sherman. He reports that the town maintains the road in this area with the exception of resurfacing.

Mr. Borkowski explained that he did not know exactly where the town line was on the road. He reported that the Town of Sherman plowed and sanded the road. The Town patched the pavement and cleaned out the pipe and removed the soil berm caused in part by sand the town had placed on the road but Mr. Borkowski reported that they did not resurface the road because he claimed that he thought that it was not their road. He had not talked with adjoining town about the road but did not report that he had ever seen them resurface the road.

**Analysis:**

This rural road is in good shape leading up to the accident location. At the accident location the road surface is in disrepair. It is a collection of holes and patches as a result of the limited maintenance it has received from the Town of Sherman.

The pavement on a roadway supports the vehicles which travel over it. It is important for the pavement to be strong enough to transfer the forces from the tires to the base below it (the gravel or dirt) and for the base below the pavement to be strong enough to carry the load without moving so much that it causes the pavement to fail.

My masters thesis involved studying anti-stripping compounds in cold mix asphalt concrete. Basically this involved taking the patch material used on pavement in the winter and soaking it in water, subjecting it to freeze-thaw cycles and watching it loose its' strength. This is what happens to pavement that does not drain and would be part of the reason the pavement was in such poor condition at the accident location.

If the base under the pavement gets wet it also loses its' strength. When the base deforms it opens up cracks in the pavement allowing more water into the system, making the problem worse. If the drainage problems are not corrected, the pavement will need constant repair to be maintained.

Page 3

The holes will hold water that will add to the problem and the patches will fall apart in the wet environment.

The drainage problem needs to be fixed.

Donald Borkowski, the Supervisor of Highway, Town of Sherman reported that the town maintains the road in this area with the exception of resurfacing. This is unusual. Normally when a road is maintained by a municipality, the municipality maintains the road. It does not pick some parts of the maintenance and ignore other parts without an agreement with someone else to do the left over parts.

Resurfacing is maintenance. Reconstruction with new alignment is not maintenance it is construction. When a road is reconstructed it needs to meet current standards. Old roads such as Church Road do not meet current standards, they are maintained to older standards until such time as they are reconstructed. I was trained as a highway engineer to understand that resurfacing is maintenance. As a result, the government entity I worked for would be responsible for simply maintaining the road to historic standards during resurfacing and would not be negligent for failing to bring the roads up to current standards every time they just needed resurfacing.

While the Town of Sherman sometimes removes the soil from the sides of this road in this area, the soil berms need to be consistently removed so that the water can drain from the pavement. Additionally, the driveway near the accident location needs to be sloped to drain to the pipe and not across the pavement. Once this is done the road will dry out and the patching that the town is doing would not fall apart as fast. It likely would have been less expensive for the town to fix the drainage problem then to continuously patch the road. Once they fixed the drainage it would have cost them very little to have resurfaced the pavement along with the rest of the road. However, while the town caused part of the drainage problem, they did not fix it. This would make it very hard to keep the road surface in good repair.

The town did not warn people on the road that they were coming upon an area of limited maintenance, that the pavement ended, or even that they may be coming to a town line.

Mr. Borkowski does know where the town line actually is. He did not have a written agreement with the next town about where one town would stop maintaining the road and the next town would pick up the maintenance. However, the practice was that Sherman was maintaining to the bridge a little farther down the road. The next town had no way of knowing that Sherman felt they could pick and choose what parts of the maintenance they do. If they are seeing Sherman maintaining the road to the bridge, and no one knows exactly where the town line is then it is obvious that Sherman has assumed maintenance responsibilities to the bridge.

I have seen instances where towns or counties would agree to maintain roads that they do not actually own. This would happen when the dividing line runs the length of the road and one town is not going to maintain the northbound lane while the other maintains the southbound lane

Exhibit B

Page 4

for a 5 mile stretch when it would be much simpler to each maintain 2.5 miles of the road or where the town line is not at a good turn around place or where the line meanders back and forth across the road. I have never seen a town spend taxpayer monies to do maintenance on a road that the town is not maintaining.

**Conclusions:**

The subject road was open to the public. It was foreseeable and known that bicyclists would be using the roadway where the accident occurred. It was known by the town that the roadway was in good repair up to the accident location and that the road surface changed radically where the accident happened. The uneven and loose surface caused the bicyclist to fall down.

The Town of Sherman was maintaining the road. The maintenance was inadequate perhaps in part because the Town was not maintaining this section of road to the same standard as the rest of the road. This poor maintenance lead to the condition of the road surface that caused the subject accident.

If you have any questions, or when I can be of further assistance, do not hesitate to contact me.

Very truly yours,

John A. Serth Jr., P.E.

Exhibit B