UNITED STATES DISTRICT COURT
DISCTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN, | : | 3:02-CV-1740 (JCH) |
| Plaintiffs, | : | |
| v. | : | |
| TOWN OF SHERMAN, | : | |
| Defendant | : | December 20, 2005 |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL

The undersigned, D. Randall DiBella, counsel for the defendant, Town of Sherman, moves for this honorable court's leave to withdraw his appearance on behalf of the defendant in that three other counsel have appeared to represent the defendant's interest, and additional counsel is unnecessary.

WHEREFORE, the undersigned respectfully moves for this court's order withdrawing his appearance.

By: _____
D. Randall DiBella
Attorney for Defendant Town Sherman
Cramer & Anderson LLP
51 Main Street
New Milford, CT 06776
(860) 355-2631
Fax No. (860) 355-9460
Fed. Bar No. ct19477
drdibella@crameranderson.com

## **CERTIFICATION**

I hereby certify that on December 20, 2005, a copy of the foregoing Motion for Leave to Withdraw Appearance as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Thomas Gerarde, Esq.
Beatrice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190

David P. Burke, Esq.
Cramer & Anderson LLP
68 North Street
Danbury, CT  06810

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Jesse J. Graham, II, Esq,
Rivkin Radler LLP
EAB Plaza
Uniondale, NY 11556-0926


Dated:	New Milford, Connecticut	_____
	December 20, 2005	D. Randall DiBella