UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | DECEMBER 16, 2005 |

### DEFENDANT'S MOTION *IN LIMINE* RE SURVEY MAP #1449 DATED FEBRUARY 1990

The defendant, Town of Sherman, hereby moves *in limine* to preclude the plaintiff from introducing into evidence Survey Map #1449, prepared for Richard McGoldrick, dated February 1990, and appended as Exhibit 12 to the plaintiffs' Opposition to the Motion for Summary Judgment. As is more specifically set forth in the attached memorandum of law, the map is unreliable hearsay which does not fall within any exception to the hearsay rule.

ORAL ARGUMENT IS REQUESTED

For the foregoing reasons, the defendant respectfully requests that its Motion *in Limine* be granted.

```
                                        DEFENDANT,
                                        TOWN OF SHERMAN


                                        By____/s/_Beatrice S. Jordan____
                                           Beatrice S. Jordan
                                           ct22001
                                           Howd & Ludorf, LLC
                                           65 Wethersfield Avenue
                                           Hartford, CT  06114
                                           (860) 249-1361
                                           (860) 249-7665 (Fax)
                                           E-Mail:  bjordan@hl-law.com
```

**CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 16th day of December, 2005.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

Jesse J. Graham II, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, New York 11556-0926

                                                  /s/ Beatrice S. Jordan
                                                Beatrice S. Jordan