1449

This is certified to be a true copy of Map 1449 on file in the Sherman Land Records. Dated at Sherman, Connecticut this 27th day of July, 2004.

ATTEST: _____
SHERMAN TOWN CLERK

MARTIN        HAUSER                    DODGE

22.028 Ac.

NAOMI BROOK

GAYLORDSVILLE / SHERMAN
APPROXIMATE TOWN LINE

proposed 24' x 36' barn

CHURCH ROAD                                To Route 37

MAP PREPARED FOR
RICHARD McGOLDRICK
CHURCH ROAD
GAYLORDSVILLE / SHERMAN, CONNECTICUT
SCALE 1" = 60'     FEBRUARY 1990
Certified "substantially correct as a Class A-2 survey"

Richard W. Dibble LLS #8158

MAP NO. 1449
RICHARD McGOLDRICK
22.028 ACRES - CHURCH RD.
366A

prepared by the office of K.W. Eyers Assoc.

Rec. March 9, 1990  1:00 P.M.  MAP #1449