UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| v. | : | |
| TOWN OF SHERMAN | : | DECEMBER 19, 2005 |

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

In accordance with the Court's Final Pre-Trial Order of August 4, 2005, the defendant, Town of Sherman, hereby submits the following proposed voir dire questions:

1. The plaintiff in this case is Stephen Bernstein of Woodmere, New York. To the best of your knowledge, are you or any member of your family acquainted with the plaintiff in any way? If so, please describe the nature of the acquaintance.

2. The defendant in this case is the Town of Sherman. To the best of your knowledge, are you or any member of your family acquainted with the defendant? If so, please describe the nature of the acquaintance.

3. Have you or any member of your family or friends ever been represented by, socially acquainted with or related to any of the attorneys involved in this action? If

so, state when you were represented by the attorney and in what type of matter, or the nature of the relationship with the attorney.

4. Please state whether you know, or are acquainted with any of the witnesses personally. If so, please describe your relationship.

5. Please state whether you or any member of your family has been a party to a lawsuit. If so, please describe the circumstances.

6. Have you ever been involved in a civil or criminal case as a witness?

7. Have you had prior jury service? If so, please state whether the matter was in federal or state court, a civil or criminal case, the nature of the case, whether you reached a jury verdict, and if so, what was the verdict?

8. Have you, a member of your family, or a close friend ever sued the Town of Sherman, any municipality, the State of Connecticut or any State for any reason?

9. Have you or a member of your family ever have any dealings with the Town of Sherman? If so, please describe the nature of such dealings.

10. Do you have a favorable or unfavorable opinion about the Town of Sherman?

11. Have you ever had any problems with the town you live in? If so, please describe.

12. Have you, a member of your family, or a close friend ever been injured on town or municipal property? If so, please describe.

13. Do you believe that if someone is injured on land owned by a town that the town is automatically is liable for those injuries?

14. Have you, a member of your family, or a close friend ever been involved in a bicycle accident?

15. Have you, a member of your family, or a close friend ever suffered an injury to your neck or spine?

16. Have you, a member of your family, or a close friend ever suffered a spinal cord injury resulting in the loss of the ability to move or feel you limbs or other parts of your body?

17. If you are selected to sit on this jury, the Court will instruct you on the law which you must apply to the facts of this case as you find them to be. One of the Court's instructions will inform you that the burden of proof for all material facts rests with the plaintiff. Do you understand that it is the plaintiff's responsibility to prove every fact essential to his case?

18. Is there any reason why you could not or would not treat a municipal entity, such as the Town of Sherman, as fairly, impartially and justly as you would treat any individual?

19. Do you know of any reason why you could not serve as a juror in this case?

DEFENDANT,
TOWN OF SHERMAN


By____/s/ Beatrice S. Jordan____
   Beatrice S. Jordan
   ct22001
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 19th day of December, 2005.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

                                                      ___/s/_ Beatrice S. Jordan____
                                                      Beatrice S. Jordan