UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | DECEMBER 19, 2005 |

## **DEFENDANT'S PROPOSED JURY INTERROGATORIES**

1.     Was there a defect in Church Road, approximately 1.7 miles north of Route 39 in the vicinity of SNET pole number 2542 E2 in Sherman, Connecticut (also the vicinity of two mailboxes "109A Borneman" and "Wm McGoldrick"), on April 14, 2002, as alleged by the plaintiff which constituted an unreasonably unsafe condition for bicyclists under the circumstances?

Yes _____          No _____

If **NO**, stop here and return your verdict for the defendant, Town of Sherman.
If **YES**, go on to the next question.

2.     Was the Town of New Milford the entity bound to keep the area of the plaintiff's accident in repair, namely the portion of Church Road, approximately 1.7 miles north of Route 39 in the vicinity of SNET pole number 2542 E2 in Sherman, Connecticut (also the vicinity of two mailboxes "109A Borneman" and "Wm McGoldrick")?

Yes _____          No _____

If **YES**, stop here and return your verdict for the defendant, Town of Sherman.
If **NO**, go on to the next question.

3. Was the Town of Sherman the entity bound to keep the area of the plaintiff's accident in repair, namely the portion of Church Road, approximately 1.7 miles north of Route 39 in the vicinity of SNET pole number 2542 E2 in Sherman, Connecticut (also the vicinity of two mailboxes "109A Borneman" and "Wm McGoldrick")?

Yes _____        No _____

If **NO**, stop here and return your verdict for the defendant, Town of Sherman. If **YES**, go on to the next question.

4. Did the plaintiff's written statutory notice, dated July 1, 2002, provided the Town of Sherman with notice of the very defect which he claims to have caused his injuries in accordance with Connecticut General Statutes § 13a-149?

Yes _____        No _____

If **NO**, stop here and return your verdict for the defendant, Town of Sherman. If **YES**, go on to the next question.

5. If there was any inaccuracy in the plaintiff's written statutory notice, dated July 1, 2002, with regard to the very defect which caused the plaintiff's accident, did the plaintiff prove (a) that there was no intention to mislead the Town of Sherman, and (b) that the Town of Sherman was not in fact misled?

Yes _____        No _____

If **NO**, stop here and return your verdict for the defendant, Town of Sherman. If **YES**, go on to the next question.

2

6.     As of the date and time of the accident on April 14, 2002, did the Town of
       Sherman have actual or constructive notice of the very defect which the plaintiff
       claims to have caused his injuries?

                        Yes _____          No _____


       If **NO**, stop here and return your verdict for the defendant, Town of Sherman.
       If **YES**, go on to the next question.

7.   Was there any negligence, carelessness or inattention by the plaintiff in the operation of his bicycle on April 14, 2002 which contributed, in whole or in part, to his injuries?

Yes _____          No _____

If **YES**, stop here and return your verdict for the defendant, Town of Sherman. If **NO**, go on to the next question.

8.   Was there any negligence, carelessness or inattention by Brooks Country Cycling Tours in the operation and leading of the guided bicycle tour on April 14, 2002 which contributed, in whole or in part, to the plaintiff's injuries?

Yes _____          No _____

If **YES**, stop here and return your verdict for the defendant, Town of Sherman. If **NO**, go on to the next question.

9.   Was there any negligence, carelessness or inattention by Mathew Speier in the operation of his bicycle at a distance too close to the plaintiff on April 14, 2002 which contributed, in whole or in part, to the plaintiff's injuries?

Yes _____          No _____

If **YES**, stop here and return your verdict for the defendant, Town of Sherman. If **NO**, go on to the next question.

10.     Was the condition of the roadway within the boundaries of the Town of New Milford a factor which contributed, in whole or in part, to the plaintiff's injuries?

Yes \_\_\_\_\_                    No \_\_\_\_\_

If **YES**, stop here and return your verdict for the defendant, Town of Sherman. If **NO**, go on to the next question.

11.     Was the Town of Sherman the sole proximate cause of the plaintiff's injuries, in that there was no negligence, carelessness or inattention by the plaintiff or a third-party, which contributed, in whole or part, to his injury?

Yes \_\_\_\_\_                    No \_\_\_\_\_

If **NO**, stop here and return your verdict for the defendant, Town of Sherman. If **YES**, go on to the next question.

12.     What are the plaintiff's fair, just and reasonable damages?

Past medical economic damages, if any          $ _____

Future medical economic damages, if any        $ _____

Past lost wages economic damages, if any       $ _____

Future lost wages economic damages, if any     $ _____

Non-economic damages                           $ _____

TOTAL DAMAGES                                   $ _____

DEFENDANT,
TOWN OF SHERMAN


By____/s/ Beatrice S. Jordan____
    Beatrice S. Jordan
    ct22001
    Howd & Ludorf, LLC
    65 Wethersfield Avenue
    Hartford, CT  06114
    (860) 249-1361
    (860) 249-7665 (Fax)
    E-Mail:  bjordan@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 19th day of December, 2005.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT  06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT  06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT  06103

_____/s/  Beatrice S. Jordan_____
Beatrice S. Jordan

7