UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN )<br>)<br>VS. )<br>)<br>TOWN OF SHERMAN ) | CIVIL ACTION NO.<br>3:02 CV 1740 (JCH) |

### PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

Ladies and gentlemen of the prospective jury, let me assure you that the questions I am about to ask are not intended to embarrass you in the slightest. These are questions that are directed to you are so that both sides in this case can be sure that the jury chosen will decide this case on the evidence or lack of evidence, without bias or prejudice for or against either side.

1. Are any of you lawyers, or have any of you attended law school for any period of time?

    a. Are any of your friends or relatives lawyers?

    b. If so, have you had occasion to discuss with that person any other case that he or she has dealt with? If so, could that have any bearing on how you would deal with this case? If so, how?

        c.      Are any of you otherwise involved with investigating claims?  If so, please describe what you do.

    2.      Are any of you presently employed by any local, state or federal agency?  Have any of you or your close relatives or any of your friends been so employed in the past?

        a.      Are any of your friends or relatives so employed?

        b.      If so, have you discussed their work with these individuals?

    3.      Do any of you know, or know of, any of the parties in this case?

    4.      As you know, this is a civil case.  The plaintiff claims that the Town of Sherman caused certain injuries to him as a result of a defective roadway.

        a.    The plaintiff suffers from quadriplegia as a result of this accident.  Do you have any friends or relatives who have been paralyzed?

    5.      Before the Court can accept any verdict, all six jurors must agree.  If any one juror feels, after weighing all the evidence, that he or she cannot accept the verdict of fellow jurors, then the juror must abide by the law and by his or her conscience. Do all of you agree to accept this principle and apply it to this case?

    6.     Have any of you served on a jury before?

        a.    Was it a civil or criminal jury?

        b.    If it was a civil jury, what was the nature of the case?

        c.    Was the case tried to conclusion?

        d.    Was there anything about that experience that would make it difficult for you to sit as a fair and impartial juror in this case?

7.    Do any of you know of the witnesses who have been identified for you by counsel in this case?

8.    Have you ever been involved in any legal action, as a defendant or plaintiff?

        a.    If so, what kind of case was it?

        b.    Did the case ever go to court?

        c.    Did the case settle without a trial or did it result in a full jury or court hearing?

9.    What hobbies do you take part in?  Are you involved at all with bicycling, or have you been involved with bicycling in the past?

10.    Do you have any strong feelings about lawsuits or people who file lawsuits that would make it difficult for you to be fair to both parties?  Do you believe that the civil justice system is a fair way for people to settle disputes?

11.    If you conclude that the plaintiff has proven what he must prove in order for him to recover damages, is there any reason why you could not award him full, fair and reasonable damages based on the instructions that I will give you at the end of the case?

                THE PLAINTIFFS

By  _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tel: 203-336-4421
    FAX: 203-368-3244
    Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 27th day of December 2005, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

                _____
                William M. Bloss