**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **STEPHEN BERNSTEIN** | : | **NO.: 3:02 CV 1740 (JCH)** |
| | : | |
| **v.** | : | |
| | : | |
| **TOWN OF SHERMAN** | : | |

### PLAINTIFF'S REQUESTED JURY INTERROGATORIES

1. Did the plaintiff give the required general statutory notice of the injury?

    Yes _____        No _____

2.A. Was the roadway where the injury occurred one that the town had a duty to maintain or repair?

    Yes _____        No _____

2.B. Was the roadway where the injury occurred one that the town assumed a duty to maintain or repair?

    Yes _____        No _____

3. Was there a defect or were there defects in or near the roadway?

    Yes _____        No _____

4.A. Did the town have actual notice of the defect or defects?

    Yes _____        No _____

4.B. Did the town have constructive notice of the defect or defects?

      Yes  _____              No  _____

5. Did the town fail to exercise reasonable care to remedy the defect or defects?

      Yes  _____              No  _____

6. Was the defect or defects the sole proximate cause of the plaintiff's injuries?

      Yes  _____              No  _____

If you answer "yes" to questions 1, 3, 5, 6, either 2A or 2B, and either 4A or 4B, then proceed to answer the next questions. If your answer to any of questions 1, 3, 5, 6 is "no", if your answer to both 2A and 2B is "no", or if your answer to both 4A and 4B is "no", please report that you have concluded your deliberations that you have reached a defendant's verdict.

7. What is the amount of damages suffered by Stephen Bernstein as a result of the defendant's defective roadway?

Please fill in amounts on each line:

                                                          Amount of Damages

Economic Damages

    Past medical treatment and related expenses

                                                         $_____

    Future medical treatment and related expenses     $_____

    Lost earnings (from April 14, 2002 until today)     $_____

      Lost future earning capacity                                    $_____

<u>Non-Economic Damages</u>

    Past physical & mental/psychological pain & suffering
    (from the day of the incident, April 14, 2002, until today)  $_____

    Past loss of enjoyment of life's activities
    (from November 16, 1999, until today)               $_____

    Future physical and mental/psychological pain & suffering

                                                        $_____

    Future loss of enjoyment of life's activities        $_____

        Permanent Injury(ies)                          $_____

**TOTAL (add each of the lines above):**        **$_____**

                      THE PLAINTIFF

                    By_____
                      William M. Bloss. CT01008
                      Koskoff Koskoff & Bieder
                      350 Fairfield Avenue
                      Bridgeport, Connecticut 06604
                      Tel:  203-336-4421
                      FAX:  203-368-3244
                      Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 27th day of December 2005, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

                      _____
                      William M. Bloss