UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN | : | NO.: 3:02 CV 1740 (JCH) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | December 27, 2005 |

### PLAINTIFF'S MOTION IN LIMINE RE: BROOKS COUNTRY CYCLING TOURS WAIVER DOCUMENT (DEFENSE EXHIBIT)

Plaintiff hereby moves in limine that the Court bar defendant from offering into evidence and from seeking testimony about a document signed by plaintiff purportedly waiving claims by plaintiff against Brooks Country Cycling Tours. The document and related evidence would be irrelevant to any contested issue in the case, or would be unduly prejudicial even if it had some marginal relevance. A memorandum accompanies this motion.

THE PLAINTIFF

By_____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel: 203-336-4421
FAX: 203-368-3244
Email: bbloss@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 27th day of December 2005, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

                                                                        _____
                                                                       William M. Bloss