```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT


-----------------------------------x
STEPHEN BERNSTEIN and PHYLLIS,     :   CIVIL ACTION NO.
BERNSTEIN,                         :   3:02 CV 1740 (JCH)
                                   :
        Plaintiffs,                :
                                   :
VS.                                :
                                   :
TOWN OF SHERMAN,                   :
                                   :   January 3, 2006
        Defendant.                 :
-----------------------------------x
```

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL**

The undersigned, David P. Burke, counsel for the defendant, Town of Sherman, moves for this honorable court's leave to withdraw his appearance on behalf of the defendant in that three other counsel have appeared to represent the defendant's interests, and additional counsel is unnecessary.

WHEREFORE, the undersigned respectfully moves for this court's order withdrawing his appearance.

```
                    By:   _____
                          David P. Burke
                          Attorney for Defendant
                          Town of Sherman
                          Cramer & Anderson LLP
                          68 North Street
                          Danbury, Connecticut 06810
                          (203) 790-7747
                          (203) 790-9538 - fax
                          Federal Bar No. ct14078
                          dburke@crameranderson.com
```

**CERTIFICATION**

I hereby certify that on January 3, 2006, a copy of foregoing Motion for Leave to Withdraw Appearance as Counsel was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Richard A. Bieder, Esq.
Cynthia C. Bott, Esq.
William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

D. Randall DiBella, Esq.
Cramer & Anderson LLP
51 Main Street
New Milford, CT  06776

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, NY 11556

Thomas R. Gerarde, Esq.
Beatice S. Jordan, Esq.
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114

John Sterling, Esq.
Halloran & Sage
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
       David P. Burke