UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN | ) ) ) | CIVIL ACTION NO. |
| | ) | 3:02 CV 1740 (JCH) |
| VS. | ) ) | |
| TOWN OF SHERMAN | ) ) | January 6, 2005 |

**PLAINTIFFS' MOTION TO CONTINUE PRETRIAL CONFERENCE**

The plaintiffs in the above-entitled matter move to continue the pretrial conference scheduled in this case for January 13, 2006, and to allow plaintiffs until shortly before the rescheduled pretrial conference to file a response to defendant's pending motions. This is the first motion addressed to this event, and counsel for defendant has no objection to its being granted.

The reasons for this request are as follows. Trial is scheduled to commence on February 22, 2006. Jury selection is scheduled for February 1, 2006. The undersigned, who will be trial counsel in this case, is beginning evidence in a criminal trial before Judge Droney on January 9, 2006. Evidence is expected to continue about two or three weeks and certainly will be ongoing on January 13, 2006, the current date of the conference. Although Judge Droney sometimes does not hear evidence on Fridays, he has said that he will do so in this case given its expected length

and the federal Martin Luther King Day holiday.  Preparation for that trial has very significantly limited the ability to prepare timely responses to the motions.

Plaintiff knows of no prejudice to defendant if this motion is granted.

          THE PLAINTIFFS


By  _____
    William M. Bloss
    Federal Bar No. ct01008
    Koskoff Koskoff & Bieder
    350 Fairfield Avenue
    Bridgeport, Connecticut 06604
    Tel:  203-336-4421

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 6th day of January 2006, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

 

                                                                                            _____
                                                                                            William M. Bloss