UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN ) | |
| ) | CIVIL ACTION NO. |
| ) | 3:02 CV 1740 (JCH) |
| VS. ) | |
| ) | |
| TOWN OF SHERMAN ) | January 9, 2005 |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION TO CONTINUE PRETRIAL CONFERENCE**

The plaintiffs in the above-entitled matter move to withdraw their motion filed on January 6, 2006, to the extent that it sought to continue the pretrial conference scheduled for January 19, 2006, on the ground that counsel's trial-related scheduling conflict has been resolved. Plaintiff will endeavor to submit replies to the pending motions in advance of the conference, but an application as to that issue may be necessary. Plaintiff has informed lead defense counsel of the resolution of the scheduling conflict.

THE PLAINTIFFS

By  _____
William M. Bloss
Federal Bar No. ct01008

Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604
Tel:  203-336-4421

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 9th day of January 2006, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esq.
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

_____
William M. Bloss