# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
```
STEPHEN BERNSTEIN,                          :

               **Plaintiff,**                 :          **CIVIL ACTION NO.**
                                       **3:02cv1740 (WIG)**

      **v.**                              :

TOWN OF SHERMAN,                            :

              **Defendant.**               :
```
-------------------------------------------------------x
```

## TRIAL SCHEDULING ORDER

The Court hereby issues the following trial scheduling order:

1.     Jury selection will be held before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Bridgeport, Connecticut on **Monday, May 15, 2006, at 9:30 a.m.**  The jury selection courtroom is yet to be decided, thus counsel are directed to report to Chambers in Room 429 unless they are otherwise informed.  A final pre-trial conference will be held at the conclusion of jury selection.

2.     A **nine-day** jury trial will begin before the Honorable William I. Garfinkel, U.S. Magistrate Judge, at the U.S. Courthouse, 915 Lafayette Blvd., Room 435, in Bridgeport, Connecticut on **Tuesday, May 16, 2006, beginning each day at 9:30 a.m.**

3.     The parties have already submitted their joint trial memorandum and have filed motions in limine, which will be heard by the Court in advance of the trial.  A scheduling order setting a motions hearing date will be issued separately.

4.     With respect to witnesses and exhibits, the parties shall comply with the following requirements:

(a)    Plaintiff's exhibits shall begin with the number "1" and Defendant's exhibits shall begin with the number "501."[1] In advance of trial, the parties shall mark all exhibits in numerical order (e.g., "Plaintiff's Exhibit 1", etc., and "Defendant's Exhibit 501", etc.) with exhibit tags, which will be provided by the Clerk's Office upon request.

(b)    Copies of the actual exhibits shall be exchanged no later than five (5) business days before trial, and the original set of exhibits for the Deputy Clerk and two complete copies of the exhibits (in a binder) shall be submitted to the Deputy Clerk at least two (2) business days before trial.

(c)    The parties must be prepared to discuss any objections to designated exhibits or to the anticipated testimony of any listed witness at the time of the final pre-trial conference.

(d)    Each party shall ensure the availability at trial of each witness listed by that party unless the Court and counsel are advised to the contrary not less than forty-eight (48) hours before the commencement of the evidence.

5.    The deadlines established herein may not be modified by agreement of counsel. These deadlines may be modified only by an order of the Court following a request for an enlargement of time made by written motion showing good cause, which motion shall be filed no later than five (5) business days before the date from which counsel seeks an extension.

So ordered this 31st day of January, 2006, at Bridgeport, Connecticut.

*/S/ William I. Garfinkel*
William I. Garfinkel
U.S. Magistrate Judge

---

[1] To the extent that Defendant has already marked its exhibits beginning with the number "101," the Court has no objection to Defendant's use of those numbers.