COPY

1
2          IN THE UNITED STATES DISTRICT COURT
3             FOR THE DISTRICT OF CONNECTICUT
4

   STEPHEN BERNSTEIN and           )
5  PHYLLIS BERNSTEIN,              )
                                   )
6              Plaintiffs,         )
                                   )
7         vs.                      ) No. 3:02CV 1740(JCH)
                                   )
8  TOWN OF SHERMAN,                )
                                   )
9              Defendant.          )
   --------------------------------)
10
11
12
13         DEPOSITION OF STEPHEN L. BERNSTEIN
14                  Woodmere, New York
15                Tuesday, June 3, 2003
16
17
18
19
20
21
22  Reported by:
    DEBORAH A. HANLON
23  CSR NO. 7087
    JOB NO. 148160B
24
25

Page 18

1           S. Bernstein
2   it.
3       Q.   And I think your wife mentioned you
4   had a stationary bike and a rowing machine here
5   at the house.
6       A.   Yes.
7       Q.   Were you a member of a tennis club or
8   a golf club?
9       A.   No.
10      Q.   Public courses?
11      A.   Yes.
12      Q.   Now, in terms of bike riding, that
13  was something that you did recreationally?
14      A.   Both for cardiovascular benefits as
15  well as recreational.
16      Q.   And by that I mean outdoor bike
17  riding not on the stationary bike.
18      A.   In inclement weather it was on the
19  stationary bike; otherwise, it was outdoors,
20  yes.
21      Q.   Your wife told me some of the travel
22  that you used to do.
23           Anything else that you guys used to
24  do on a regular basis, go to dinner, movies,
25  garden?

Page 24

1       S. Bernstein
2  atrial fibrillation?
3       A.   I felt an irregularity, and it was
4  confirmed, and I was put on the medication, and
5  that was it.
6       Q.   Now, is bike riding generally
7  something that you have done since you were a
8  child?
9       A.   Generally, yes.
10      Q.   Did you learn to ride a bike when you
11 were five or six years old?
12      A.   At some point in that period of time.
13      Q.   Is bike riding outdoors
14 recreationally something you have done your
15 whole life, or did you pick it up again at some
16 time later?
17      A.   I didn't do it when I was going to
18 school.  But after I went into law practice,
19 yes.
20      Q.   So if we're going back over your
21 career, since the sixties you have probably been
22 a recreational bike rider?
23      A.   Late sixties, yes.
24      Q.   And in the year or so preceding this
25 accident, in April 2002, how often were you

```
 1                    S. Bernstein
 2   riding your bike recreationally?
 3        A.    May I ask you a question?
 4        Q.    Sure.
 5        A.    What do you mean by recreationally?
 6        Q.    How often would you get on your bike
 7   and go out for a ride?
 8        A.    Most mornings.
 9        Q.    And that's something you did before
10   work for exercise?
11        A.    Yes.
12        Q.    And where would you ride?  Was there
13   a route or specific distance?
14        A.    I would follow a route around this
15   community.
16        Q.    And so are we talking street riding
17   or sidewalk?
18        A.    Street riding.
19        Q.    No trails or paths?
20        A.    No.
21        Q.    And other than -- strike that.  When
22   you say most mornings, do you mean most weekday
23   mornings?
24        A.    And weekend.
25        Q.    So weather permitting, you would be
```

Page 26

```
1                S. Bernstein
2   on your bike most days?
3       A.   Outdoors. And if weather didn't
4   permit on a stationary bike indoors.
5       Q.   And I know I asked you about the year
6   prior to the incident.
7            But is that something that you had
8   been doing for a number of years?
9       A.   Correct.
10      Q.   And how far back are we talking
11  about?
12      A.   Oh, goodness sake, I would say 20, 30
13  years.
14      Q.   In the -- all the time period that
15  you have been riding before April 14 of 2002,
16  had you ever had any kind of bike accident?
17      A.   No.
18      Q.   Ever fallen off your bike not sustain
19  injuries?
20      A.   I can't say never, but I didn't
21  sustain any serious injuries.
22      Q.   Do you recall a specific incident of
23  falling of off your bike, or are you just
24  assuming that it might have happened at one
25  point or another?
```

Page 58

```
 1
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        : ss.
 5   COUNTY OF NEW YORK   )
 6
 7          I, DEBORAH A. HANLON, a Notary Public
 8   within and for the State of New York, do
 9   hereby certify:
10          That STEPHEN L. BERNSTEIN, the witness
11   whose deposition is hereinbefore set forth,
12   was duly sworn by me and that such
13   deposition is a true record of the testimony
14   given by the witness.
15          I further certify that I am not
16   related to any of the parties to this action
17   by blood or marriage, and that I am in no
18   way interested in the outcome of this
19   matter.
20          IN WITNESS WHEREOF, I have hereunto
21   set my hand this 10th day of June, 2003.
22
23                    [signature: Deborah A. Hanlon]
24                    ―――――――――――――――――――
                          DEBORAH A. HANLON
25
```