UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.:  3:02 CV 1740 (WIG) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF SHERMAN | : | MARCH 9, 2006 |

### DEFENDANT'S MOTION *IN LIMINE* RE PLAINTIFF'S 'DAY IN THE LIFE' VIDEO

The defendant, Town of Sherman, hereby moves *in limine* to limit the scope of plaintiff's proposed Trial Exhibit # 24, a "Day in the Life" video, to be viewed by the jury. As is more specifically set forth in the attached memorandum of law, the videotape contains dialog amongst the persons appearing in the video, as well as two segments which are purely inflammatory and unnecessary. The first segment depicts the plaintiff undergoing a sponge bath of the genital region, and the second depicts the removal and replacement of a catheter into what appears to be a large open wound directly above the plaintiff's genital area. The above proffered segments should be precluded as their prejudicial value substantially outweighs any probative value they may have, and the dialog in the video is unnecessary and cumulative of the testimony to be offered at trial.

ORAL ARGUMENT IS REQUESTED

For the foregoing reasons, the defendant respectfully requests that its Motion *in Limine* be granted.

                                 DEFENDANT,
                                 TOWN OF SHERMAN


                                 By____/s/_Beatrice S. Jordan____
                                    Beatrice S. Jordan
                                    ct22001
                                    Howd & Ludorf, LLC
                                    65 Wethersfield Avenue
                                    Hartford, CT  06114
                                    (860) 249-1361
                                    (860) 249-7665 (Fax)
                                    E-Mail:  bjordan@hl-law.com

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 9th day of March, 2006.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604

Jesse J. Graham II, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, New York 11556-0926

                                                                                                  /s/  Beatrice S. Jordan
                                                                                                  Beatrice S. Jordan