UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN, ET AL : | NO.: 3:02 CV 1740 (JCH) |
| v. : | |
| TOWN OF SHERMAN : | MAY 14, 2004 |

## DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure, the defendant, Town of Sherman, hereby discloses the following expert witnesses who may offer testimony and/or present evidence at trial:

1. **Joseph Pessalano, MA, CRC**
   **Jordan Rehabilitation Services**
   **900 Merchants Concourse**
   **Westbury, NY 11590**

Subject Matter of Testimony

Mr. Pessalano is expected to testify as to the extent and cost of medical services required by the plaintiff, Stephen Bernstein. Mr. Pessalano is further expected to provide rebuttal testimony in response to the opinions put forth by plaintiff's expert, Lawrence Forman.

## Substance of Facts and Opinions

The substance of Mr. Pessalano's opinions with regard to the plaintiff's medical and future needs are set forth in his report of May 12, 2004, which is attached hereto and incorporated herein. Mr. Pessalano is further expected to testify that the plaintiff's personal care needs can be adequately and efficiently met by a home health or personal care attendant. Mr. Pessalano is further expected to testify that the plaintiff requires the services of a registered nurse on a weekly basis. Finally, Mr. Pessalano is expected to testify that the plaintiff does not require additional occupational or physical therapy as he has reached maximum medical improvement, and that only maintenance therapies are required at this time which can be carried out at home with the assistance of a personal care or home health aide. A comprehensive written report is attached hereto, which details Mr. Pessalano's opinions that will be offered at trial.

## Summary of Grounds for Opinions

Mr. Pessalano will base his opinions on his review of materials produced during the course of discovery, depositions transcripts of parties and witnesses, and plaintiff's expert(s) materials. Mr. Pessalano will further base his opinions upon his education, training, background, and experience as a Certified Rehabilitation Counselor.

Also attached hereto is a document containing (1) Mr. Pessalano's qualifications, including a list of publications authored by him within the preceding ten

2

years; (2) the compensation to be paid Mr. Pessalano for his study and testimony; and (3) a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years. He is available for deposition at a mutually convenient time and place within the schedule established by the District Court.

2.  **John Serth, P.E.**
    **409 Moe Road**
    **Clifton Park, NY 12065**

Subject Matter of Testimony

The defendant expects to call John Serth, a Professional Engineer, as an expert who will testify as to the condition and maintenance of Church Road leading up to the town line between Sherman and New Milford.

Substance of Facts and Opinions

Mr. Serth is expected to testify that Church Road was in good repair up to the town line between Sherman and New Milford, specifically, up to the wooden slatted fence alongside the subject road. Mr. Serth is further expected to testify that Church Road begins to deteriorate when one gets past a wooden slatted fence while traveling from Sherman into New Milford. Mr. Serth will further testify that the cracks in the pavement on Church Road leading up to the wooden slatted fence as one travels from

Sherman into New Milford do not render the road unsafe or in a dangerous condition. Mr. Serth's opinions and anticipated testimony are more fully set forth in his deposition transcript of March 30, 2004.

Summary of Grounds for Opinions

Mr. Serth will base his opinions on his education, training, background, and experience as a Professional Engineer. Mr. Serth will further base his opinions upon inspection of the subject roadway, deposition transcripts of parties and witnesses, photographs of the subject roadway and surrounding area, and a review of other materials produced during the course of discovery.

Mr. Serth has not been specifically retained or employed by the defendant to provide expert testimony in this case, and is expected to be called as a subpoenaed witness to testify at the time of trial, or through sworn deposition testimony.

3. **Mathew Speier**
   **Brooks Country Cycling Tours**
   **P.O. Box 20792**
   **New York, NY 10025**

Subject Matter of Testimony

The defendant expects to call Mathew Speier of Brooks Country Cycling Tours, to testify as to (1) bicycle safety procedures; (2) road conditions as they relate to

bicycle safety, including the area of the subject incident; (3) conditions which may or may not constitute hazards to cyclists; (4) Brooks Country Cycling Tour procedures for conducting guided tours, including safety talk/tips and bike check; (5) his assessment of the plaintiff's ability as a bicycle rider; (6) his observations of the plaintiff immediately preceding and at the time of the incident, including the plaintiff's speed of travel and control over the bicycle; and (7) his opinion that conditions depicted in various deposition exhibits are not a hazard to cyclists.

Substance of Facts and Opinions

Mr. Speier will testify that the condition of Church Road in the vicinity of the boundary between Sherman and New Milford, as one travels from Sherman into New Milford, was not dangerous, and was reasonably safe for bicyclist travel and bicycle tours. Mr. Speier will further testify that just prior to the plaintiff's accident the plaintiff was traveling at a rate of speed that necessitated his calling to the plaintiff to slow down, and that in his opinion the plaintiff was traveling too fast for conditions. Mr. Speier's opinions and anticipated testimony are more fully set forth in the transcript of his deposition taken November 12, 2003.

## Summary of Grounds for Opinions

Mr. Speier will base his opinions on his education, training, background, and experience as a cyclist, cyclist tour guide, and bicycle mechanic. Mr. Speier will further base his opinions upon his personal knowledge of the subject bike tour and route, his observations of the plaintiff immediately prior to and at the time of the incident, photographs of the incident scene and surrounding area, and a review of other materials produced during the course of discovery.

Mr. Speier has not been specifically retained or employed by the defendant to provide expert testimony in this case, and is expected to be called as a subpoenaed witness to testify at the time of trial or through sworn deposition testimony.

DEFENDANT,
TOWN OF SHERMAN

By _/s/ Beatrice Jordan_
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: bjordan@hl-law.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 14th day of May, 2004.

Richard Bieder, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

D. Randall DiBella
Cramer & Anderson, LLP
51 Main Street
New Milford, CT 06776

David P. Burke, Esquire
Cramer & Anderson, LLP
68 North Street
Danbury, CT 06810-5645

James M. Sconzo, Esquire
John Sterling, Esquire
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

_____
Beatrice S. Jordan

# JORDAN REHABILITATION SERVICES ®



900 Merchants Concourse
Westbury, NY 11590
(516) 683-0100
FAX (516) 683-0259
http://www.jordanservices.com

120 Wood Avenue South
Suite 507
Iselin, NJ 08830
(732) 767-1100
FAX (732) 767-1122

*Please reply to:*

☑ *NY*

☐ *NJ*

*Serving the injured since 1974*

May 12, 2004

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

RECEIVED
MAY 17 2004
BY:_____

Re:   Stephen Bernstein vs. Town of Sherman
       Your File No.: 110-19477

Dear Ms. Titus:

**PURPOSE OF EVALUATION**: This evaluation was requested in order to determine the extent and cost of medical services required by Mr. Stephen Bernstein. As we did not have an opportunity to meet with Mr. Bernstein, this report is based on a review of the materials provided.

**MATERIALS REVIEWED**:
**REPORTS OF**:   Lawrence Forman, M.Ed.
                  Gary Crakes, Ph.D.
                  John A. Serth, Jr., P.E.

**RECORDS OF**:   Danbury Hospital
                  St. Charles Hospital & Rehabilitation
                  Mount Sinai Hospital
                  Danbury Office of Physician Services
                  Comprehensive Rehabilitation Consultants
                  J.L. Creative Renovations, Inc.

Ambulance Call Report
Expert Witness Disclosure
Plaintiff's Response to Interrogatories
Deposition of Stephen Bernstein
Deposition of Phyllis Bernstein

- 2 -

Thomas R. Gerarde  
Howd & Ludorf

May 12, 2004

Re:   Stephen Bernstein vs. Town of Sherman

Based on a review of the above, it is our opinion that Mr. Bernstein requires the following medical services:

## MEDICAL AND FUTURE NEEDS

| MEDICAL | FREQUENCY | COST | ANNUAL COST |
|---|---|---|---|
| Physiatrist | 4 x yr | $200.00 | $800.00 |
| Urologist | 2 x yr | $150.00 | $300.00 |
| Podiatrist | 4 x yr | $50.00 | $200.00 |

| EQUIPMENT | FREQUENCY | COST | ANNUAL COST |
|---|---|---|---|
| Hospital Bed | 1 x 9 yrs | $1,800.00 | $200.00 |
| Alternating Pressure Mattress | 1 x 9 yrs | $550.00 | $61.00 |
| Over bed Table | 1 x 10 yrs | $225.00 | $25.00 |
| Wheeled Commode/ Shower Chair | 1 x 5 yrs | $750.00 | $150.00 |
| Shower Hose | 1 x 5 yrs | $50.00 | $10.00 |
| Hoyer Bath Seat, Lift | 1 x 5 yrs | $1,000.00 | $200.00 |
| Wheelchair | 1 x 3 yrs | $4,500.00 | $1,500.00 |
| Medications, Creams, Salves, Rubber Gloves, Diapers, Supplies | Annually | $5,000.00 - $7,000.00 | |
| Orthotic Devices – Braces, etc. | 1 x 3 yrs | $5,000.00 | $1,666.00 |
| Maintenance & Repairs | Annually | $350.00 | $350.00 |
| Specialized Enrichment Equipment | 1 x 5 yrs | $5,000.00 | $1,000.00 |
| Diagnostics & Lab work | Annually | $500.00 - $700.00 | |

## HOMEMAKER SERVICES:

| | | | |
|---|---|---|---|
| Registered Nurse | 1 x week | $50.00/hour | $2,600.00 |
| Home Health Care | 24 hours daily | $12.50/hour | $109,000.00 |

## HOME MODIFICATIONS:

Bathroom, Doors, etc.                                $50,000.00 - $60,000.00

## OTHER:

| | | | |
|---|---|---|---|
| Transportation Wheelchair Equipped Van | 1 x 10 yrs | $12,500.00 | $1,250.00 |

- 3 -

Thomas R. Gerarde  
Howd & Ludorf

May 12, 2004

Re:   Stephen Bernstein vs. Town of Sherman

Mr. Bernstein requires 24 hour a day care. A home health or personal care attendant who can ensure that Mr. Bernstein's personal care needs are adequately met can efficiently provide this care. We would also recommend that Mr. Bernstein be seen by a registered nurse on a weekly basis in order to further assess his medical status and needs and offer recommendations as may be appropriate.

It is also our opinion, that Mr. Bernstein can utilize the services of various support groups that are available in his local community for purposes of discussing issues related to his adjustment to his disabling condition. Such support groups are customarily and routinely available free of charge.

Mr. Bernstein does not require additional occupational therapy or physical therapy at this time. He has received these services in the past and has reached maximum medical improvement. At this time, only maintenance therapies are required and these could be carried out via a home exercise program with the assistance of his personal care or home health aides.

Mr. Bernstein is at risk for possible future medical complications. As it is impossible to anticipate the extent and costs of services associated with these possible complications, we will not address these as part of our evaluation. We would also note, that all costs noted above are in 2004 dollar amounts and do not take into account future inflationary trends.

Please feel free to contact us at (516) 296-3719 if there are any questions or if you require additional information.

Sincerely,

Joseph Pessalano, MA, CRC  
Rehabilitation Specialist

Dr. Morris Ehrenreich  
Director

JP/ME/pp

# Joseph Pessalano, C.R.C.

Jordan Rehabilitation Services  
900 Merchants Concourse  
Westbury, NY 11590  
(516) 296-3719

Jordan Rehabilitation Services  
1933 Highway 35    # 331  
Wall, New Jersey 07719  
(800) 767-1616 extension 719

**Education:**   M.A. *Rehabilitation Counseling*, Hofstra University - 1983  
Uniondale, New York

B.A. *Psychology*, State University of New York at Stony Brook - 1978  
Stony Brook, New York

A.S. *Liberal Arts*, Suffolk Community College - 1976  
Selden, New York

**Certifications:**   Certified Rehabilitation Counselor (CRC)  
Board for Rehabilitation Certification

Certified Case Manager (CCM)  
Commission For Case Manager Certification

Certified Diplomate in Psychotherapy  
American Psychotherapy Association

Rehabilitation Counselor  
US Department of Labor  
Office of Workers' Compensation Programs

Certified Disability Management Specialist (CDMS)  
Certification of Disability Management Specialists Commission

**Professional Experience:**

1987 - Present  
***Rehabilitation Specialist*** - Jordan Rehabilitation Services - Westbury, New York  
Responsible for providing vocational and medical case management services to patients.

- Coordinate and provide clinically effective and cost effective delivery of services based on patient's needs.
- Provide vocational counseling and psychological testing (as necessary).
- Conduct job site visits and labor market surveys.
- Offer recommendations regarding job modifications and assistive devices.
- Job placement.
- Evaluation of plaintiffs and defendants and testimony in various jurisdictions.

1994 - 1997
**Director of Therapeutic Activities** - Brunswick Hospital - Amityville, New York
Responsible for all administrative and clinical functions of a multi-disciplinary Therapeutic Activities Department providing services on a 124 bed acute care inpatient unit.

1987 - 1994
**Director of Adult and Geropsychiatric Services –**
   Brunswick Hospital - Amityville, New York

1985 - 1987
**Supervisor of Therapeutic Activities and Vocational Rehabilitation Department**
   Brunswick Hospital - Amityville, New York

1979 - 1985
**Rehabilitation Specialist –**
   The Rehabilitation Institute - Mineola, New York

Responsible for supervising of all training and production activities for patients.

1982 - 1983
**Counselor –**
   Nassau County Department of Drug and Alcohol Addiction, East Meadow, New York

Duties included inpatient and outpatient counseling, vocational assessment, referrals to appropriate support services, case reports and related clinical experience with professional staff.

## Professional Organizations:

Member - National Rehabilitation Association

Professional Member - National Rehabilitation Counseling Association

Professional Member - Long Island Rehabilitation Counseling Association

Member - The New York Academy of Traumatic Brain Injury

## Professional Appointments

Associate Rehabilitation Director,
   Therapy Associates    1989 - 1991

Assistant Project Director,
   Research & Demonstration Projects Social Security Administration    1989-1990

Coordinator of Educational Programs,
   Jordan Rehabilitation Services    1990 - Present

**Professional Appointments** (continued)

<u>Vocational Rehabilitation Consultant,</u>
    Cambridge Health Network    1996 - Present

<u>Life Needs Assessment Specialist,</u>
    Northeast Medical & Evaluation Services    1992 - Present

**Presentations:**
Community and Professional Groups regarding rehabilitation issues including:

Air Traffic Controllers

NYNEX

Amityville Public Library

Copiague Public Library

Nassau County Medical Assistants Association

Department of Motor Vehicles

The Rehabilitation Institute Sheltered Workshop - St. James

C.W. Post College

Long Island University

Association of Neurologically Impaired and Brain Injured Children

Amityville High School

Kimberly Home Care

# Jordan Rehabilitation Services®

900 Merchants Concourse • Westbury, NY 11590
(516) 683-0100
Fax # (516) 683-0259



IRS #11-2581988

May 14, 2004

Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114-1190

Re:   Stephen Bernstein vs. Town of Sherman
      Your File No.: 110-19477

**FOR PROFESSIONAL SERVICES:**

October 30, 2003
    Life Needs Assessment,
    Contact with Vendors,
    Contact with Community Agencies,
    Employability Assessment,
    Review of Records,
    Phone Conferences,
    Analysis of Medical Data,
    Local Vocational Opportunity Search,
    Review of Governmental Statistics and Data
       13 hours @ $ 350.00/hour             $ 4,550.00

May 12, 2004
    Review of Additional Material and Report
       3 hours @ $ 350.00/hour              $ 1,050.00

                                                        Total    $ 5,600.00

JP/ME/pp

**PAYMENT DUE UPON RECEIPT**

# JORDAN REHABILITATION SERVICES ®



*Serving the injured since 1974*

900 Merchants Concourse
Westbury, NY 11590
(516) 683-0100
FAX (516) 683-0259
http://www.jordanservices.com

120 Wood Avenue South
Suite 507
Iselin, NJ 08830
(732) 767-1100
FAX (732) 767-1122

*Please reply to:*

☒ NY

☐ NJ

### FEE SCHEDULE
For Morris Ehrenreich, PhD & Joseph Pessalano, MA, CRC

IRS#11-2581988

**EVALUATION**
including review of records,
research & report                                            $350.00/hr.

**CLIENT CONSULTATION**                                      $350.00/hr.

**EXPERT TESTIMONY**                                         $3,500.00/day

**plus out-of-pocket expenses

Joseph Pessalano MA, CRC                                          Page 1

The following is a list of matters that Joseph Pessalano, MA, CRC testified in the past four years, either at trial or by deposition.

| DATE | NAME | VERSUS |
|---|---|---|
| 01/26/00 | Veneski, Kevin | Sokolosy |
| 04/10/00 | Rappold, David | Snorac |
| 04/12/00 | Ross, Robert | MD Carlisle |
| 04/13/00 | Soto, Juan | NYC Transit Authority |
| 05/24/00 | Walsh, Joseph | HRH Construction Company |
| 05/25/00 | Citrin, Ronald | |
| 06/20/00 | Thompson, Ervine | The Port Authority of NY & NJ |
| 09/27/00 | Arrango, Maria | EGK Green Acres Corporation |
| 11/03/00 | Smith, David | Herbert Construction |
| 11/28/00 | French, Carolyn | Alfred Schiano and Technical Mechanical Services |
| 01/23/01 | Finnegan, James | City of New York |
| 02/13/01 | Reid, Linda | E.J. Bourque Express |
| 04/30/01 | Torres, Roberto | The Educational Alliance, Inc |
| 06/25/01 | Couto, Variato | Lufthansa Cargo |
| 11/29/01 | King, Richard | NYS |
| 01/18/02 | Weller, Katherine | Broadway Mall |
| 01/29/02 | Rivera, Natasha | Bronx Lebanon Hospital |
| 02/07/02 | Hamilton, Devin | |

Joseph Pessalano MA, CRC                                          Page2

| DATE     | NAME                | VERSUS                                                      |
|----------|---------------------|-------------------------------------------------------------|
| 04/09/02 | Gassab, Chedli      | RTRLLC                                                      |
| 05/03/02 | Latterman, Robert   | Kucik                                                       |
| 08/02/02 | Sanango, Arcenio    | TBR                                                         |
| 10/22/02 | Sheffer, Christopher| Trio Asbestos Removal Corp., Metro North Commuter Railroad  |
| 05/12/03 | Caligiuri, Jennifer | Baker                                                       |
| 05/19/03 | Elardo, Robert      | Tetra Laval Convenience Food                                |
| 06/17/03 | Houston, Samantha   | Peninsula Hospital                                          |
| 07/15/03 | Lei, Man-Kit        | CUNY                                                        |
| 09/10/03 | Waters, Timothy     | Antonino                                                    |
| 09/16/03 | Garcia, Miguel      | New York State                                              |
| 09/25/03 | Anderson, Wilbert   | Neighborhood Family & Youth Svc.                            |
| 09/26/03 | Colon, Jennifer     | HHC                                                         |
| 10/02/03 | Bolden, Leonard     | SEPTA                                                       |
| 11/25/03 | Burchianti, Jeffrey | NYU                                                         |
| 01/05/04 | Watts, Kathryn      | New York State                                              |
| 01/27/04 | Haswell, Thomas     | Incorporated Village of Farmingdale                         |
| 03/15/04 | Millan, Esteban     | Mangia Resturant                                            |