Page 1

1                           **ORIGINAL**

2                 UNITED STATES DISTRICT COURT

3                    DISTRICT OF CONNECTICUT

4

    STEPHEN BERNSTEIN and            )
5   PHYLLIS BERNSTEIN,               )
                                     )
6               Plaintiffs,          )
                                     )
7               vs.                  ) No. 3:02 CV 1740 (JCH)
                                     )
8   TOWN OF SHERMAN,                 )
                                     )
9               Defendant.           )
    -----------------------------)

10

11

12

13              DEPOSITION OF MATTHEW SPEIER

14                  New York, New York

15             Wednesday, November 12, 2003

16

17

18

19

20

21

22

23   Reported by:
     SHAUNA STOLTZ-LAURIE
24   CSR NO. 810490
     JOB NO. 154652
25

Page 10

1                    Speier

2   and crafts event that I plan for them.

3       Q.    All right, tell me how long you worked

4   with American Youth Hostels.  I'm sorry, I didn't

5   catch that.

6       A.    Well, after college I was there for

7   maybe a year and a half, two years, but I worked

8   for AYH through high school.  I basically worked on

9   and off for AYH since 1977 up until 1981 or '82.  I

10  came back from school and worked for them about two

11  years.

12      Q.    Now, when did you begin, in terms of

13  what year it was, with ski patrol and the bike

14  tours?

15      A.    Let's see.  I led bicycle trips for

16  American Youth Hostels, some of their day trips

17  back in the late 70s, and worked for an

18  organization called N&N Enterprises based out of

19  Alton, Massachusetts.

20      Q.    Is that three Ns?

21      A.    No.  N&N.

22      Q.    N&N.

23      A.    Yeah.

24            I was a summer bike tour leader for them

25  leading team bike trips.  That was in '79.

1                          Speier

2        Q.    And tell me a little more about your

3   experience with American Youth Hostels leading bike

4   trips.  How frequent was that?  What years were you

5   doing it in?

6        A.    Well, I started going on rides as a

7   teenager, weekend trips and then extended summer

8   trips.  In 1974 I was on a six-week trip that went

9   from -- we cycled Cape Cod and the islands and then

10   cycled up the New England coast to Maine and then

11   we cycled Nova Scotia.

12            The following summer, '75, I did a

13   six-week trip that did the circumnavigation of Lake

14   Superior.

15            The following summer, of '76, I cycled

16   across the United States.

17            And during the year -- well, during each

18   of those years I was involved in doing, you know,

19   long distance rides with AYH or with friends.  I

20   was a ride marshal for the Five Borough Bike Tour

21   from its inception I guess 25 years ago.  I did

22   that for probably four or five years as a front

23   line marshal.

24        Q.    All right, tell me what the Five Borough

25   Book Tour is.

1                       Speier

2        A.     Bike Tour.

3        Q.     Bike Tour, I'm sorry.

4        A.     It's an annual event that takes place in

5    Maine.  It's a -- well, it's grown exponentially

6    over the years.  I think they're up to 30,000

7    cyclists for the day.  The tour starts in Lower

8    Manhattan and takes the bikers through all five

9    boroughs.

10       Q.     Just so I'm hearing you correctly,

11   you're saying the Five Borough Bike Tour?

12       A.     Right.  I think it's actually referred

13   to now as Bike New York.

14       Q.     All right.

15       A.     American Youth Hostels was one of the

16   founding -- well, sponsors of the ride, and at that

17   time it was referred to as the Five Borough Bike

18   Tour.

19       Q.     Now known as Bike New York.

20       A.     Yeah.

21       Q.     How many years did you participate in

22   the Five Borough Bike Tour?

23       A.     I think the first five years.

24       Q.     And tell me what time frame we're in

25   now?

Page 13

1                    Speier

2          A.    We're in the -- let's see.  The last

3    year was the 25th year, so we're looking at the

4    late 70s, '78, '79 to the early 80s.

5          Q.    And what does it mean to be the ride

6    marshal of a bike tour?

7          A.    Ride marshals, generally speaking,

8    provide assistance to riders.  My responsibility

9    specifically as a front line marshal, there's a

10   group of cyclists that basically form a line at the

11   front of the ride and set a pace for the ride.  We

12   cycle behind the police escort.

13         Q.    All right, and in other words, if you

14   are the front line marshals, you would be the

15   person from the organizational standpoint that

16   keeps the pack assembled or together?

17         A.    We just set a pace for the ride, so

18   people ride at their own pace behind us.

19         Q.    All right, so the idea is that no one

20   get ahead of you.

21         A.    That's correct.

22         Q.    So if necessary, you could slow the

23   group down.

24         A.    Um-hm, yes.

25         Q.    By you slowing down and have no one pass

1                          Speier

2    you.

3         A.    Yes.

4         Q.    Is that a term of art, the front line

5    marshal?

6         A.    Yes.  Also known as Masi, the Masi

7    riders, M-a-s-i, which I think is some Italian

8    cycling term.

9         Q.    All right.  Now, I want to the make sure

10   I understand what all your cycling experience is up

11   to the point you connected with Brooks Cycling

12   Tours, and there's a chunk of the late 80s and

13   early 90s that I don't have an idea about.

14        A.    OK.  Well, during the mid to late 80s I

15   was in college.  Early to mid 80s I was in college,

16   so any of the cycling I was doing was not

17   necessarily with organized rides but was just, you

18   know, by myself.

19        Q.    All right, so there's a period of time

20   in the late 80s and into the 1990s when you were

21   not involved in the large trips; is that what

22   you're saying?

23        A.    That is true.

24              In the mid 80s, after college I probably

25   road as a ride marshal for the AYH Montauk Century

Page 15

1              Speier

2    Ride, which is also an annual bike ride.  I cycled

3    from Queens out to Montauk Point, and again

4    functioning as a marshal to assist riders, not a

5    front line marshal, but just riding amongst the

6    group.

7         Q.     What are the functions of the marshal

8    that is not the front line marshal but one that's

9    in the group?

10        A.     Just to -- if somebody has any problems

11   with their bicycles, flat tires, then we would

12   assist them.  That was pretty much the scope of our

13   responsibilities, keeping people on the route.

14        Q.     All right.  Would the marshal who's

15   riding in the pack with the group have any

16   responsibility for directing the riders where to

17   go?

18        A.     The riders all have a cue sheet that

19   essentially tells them where to go, and obviously,

20   if you see somebody who's straying from the course,

21   you would direct them back.

22        Q.     What about giving the riders advice on

23   how to navigate a certain stretch of road that

24   might be something that might surprise them, do you

25   have any responsibility for that?

1                    Speier

2        A.    In that ride I didn't.

3        Q.    Is that typically what a marshal would

4    do, though?

5        A.    Not necessarily.  I think that depends

6    on the ride itself, and the organizers, and how

7    they delegate those responsibilities.

8        Q.    Have you ever done that in any of the

9    rides that you've been a marshal in?

10       A.    Given an instruction as to --

11       Q.    Let me just give you an example.  Let's

12   say you're familiar with a particular route that

13   you and a group are on, and you know that, for sake

14   of an example, there's a manhole in a road that has

15   kind of a high lip on it, and you know that that's

16   coming up.  Would you typically tell the people

17   we're going to come around the next bend, and watch

18   out for the manhole?

19              MR. MUSTO:  Objection.

20              You can answer.  The objections are

21        just for the record.

22              THE WITNESS:  OK.

23       A.    If there is some obvious hazard that I'm

24   aware of, then, yeah, I would certainly let people

25   know.

1                    Speier

2        Q.     All right, so does that bring up us up

3    to the point where you joined Brooks Cycling in

4    terms of cycling experience for you?

5        A.     In terms of cycling experience?  Pretty

6    much so.

7               I mean I had been -- I had ridden as a

8    medical support rider for the Seattle to Portland

9    bicycle classic.

10       Q.     When was that?

11       A.     I think I had done that one season.

12   Well, one year.  I've done that for the last three

13   -- the last three years.  That's held in July.  So

14   I did it I guess the first year in 2001 and have

15   done it every July since then.

16       Q.     When did you first start working with

17   Brooks Tours?

18       A.     I started the season before last, so I

19   guess that would have been 2001.  At the very tail

20   end of his season I did maybe two trips, I think,

21   two day trips.

22       Q.     Where were those day trips?

23       A.     Off the top of my head, I can't recall,

24   but I would, you know, say probably in the

25   Tri-State area.

Page 18

1              Speier

2         Q.    All right, now, the event which brings

3    us here today is an April 2002 event?

4         A.    Right.

5         Q.    And my question for you is had you been

6    on any other trips in April of 2002 before the trip

7    in which Mr. Bernstein was hurt.

8         A.    Maybe one.

9         Q.    So this would have been roughly your

10   third trip with Brooks Tours when Mr. Bernstein was

11   hurt.

12        A.    Roughly, yeah.  Definitely less than

13   five.

14        Q.    Now, this course has a name in a Brooks

15   catalog.  I think it's called the Connecticut

16   Countryside Tour?

17        A.    Yes.

18        Q.    That's the tour that you were on in

19   April and that Mr. Bernstein was hurt?

20        A.    Yes.

21        Q.    Had you ever been on that route before

22   the date on which Mr. Bernstein was hurt?

23        A.    No.

24        Q.    Did you know anything about that route?

25              In other words, even though you hadn't

Page 19

Speier

1

2    ridden it yourself before, did you have any

3    information about the route?

4        A.    Mr. Brooks has cue sheets that detail

5    the entire ride, that's basically point to point by

6    miles or tenths of a mile, each turn in the route,

7    and those are given out to each of the participant

8    on the ride to follow.  In addition, he has a --

9    one of those cue sheets is marked as leader's

10    notes, where he'll highlight the particular parts

11    of the ride that he feels need to be gone over with

12    the group.

13        Q.    All right.  I don't know that I've ever

14    seen anything called leader's notes.

15            Let me show you something Mr. Brooks

16    provided to us.  We'll mark that in just a minute.

17    Just take a look at that see if you recognize it.

18        A.    (Perusing document) Yes, I do recognize

19    it.

20        Q.    What do you recognize that as, sir?

21        A.    That is the cue sheet for the

22    Connecticut Countryside ride.

23        Q.    All right, but this is something

24    different than the leader's notes; is that right?

25        A.    Well, that is -- the leader's notes is

1                           Speier

2      that sheet but with some additional markings that

3      he has made on it.

4           Q.    Oh, I see.

5           A.    Or just sections that he's highlighted

6      with a highlighter.

7           Q.    I understand.  And the purpose of that

8      would be what, please?

9           A.    He usually does a route talk before the

10     ride begins, with the participants, and goes over

11     any sections -- where he basically goes through the

12     entire -- all of the points on the ride, and maybe

13     discussing it in greater detail certain sections of

14     the ride.

15          Q.    All right, so this form that you're

16     describing as the leader's notes would essentially

17     be the cue sheet with some notes made by the reader

18     as to things he might want to raise with the group

19     during the pre-ride discussion?

20          A.    The notes are made by -- I assume the

21     notes have been made by Mr. Brooks.

22          Q.    Sure.

23               MR. GERARDE:  Well, we'll mark this as

24          the first exhibit.

25               (Defendant's Exhibit 1; Connecticut

```
 1                    Speier
 2        Countryside bike tour cue sheet, marked for
 3        identification, as of this date.)
 4        Q.    I'll just state for the record that this
 5   item we have marked as Defendant's Exhibit 1, Mr.
 6   Speier, is the document that you identified as the
 7   cue sheet for the Connecticut Countryside day trip.
 8        A.    Yup.
 9        Q.    And that would have been the cue sheet
10   in effect in April of 2002 when Mr. Bernstein was
11   hurt.
12        A.    Yes.
13        Q.    How many bicycles do you own now?
14        A.    Two.
15        Q.    And how many years have you been riding?
16   Not necessarily in a group, but just riding a bike.
17        A.    I guess I probably started riding --
18              And when we say bicycle are we also
19   referring to a tricycle?
20        Q.    Let's say without training wheels.  A
21   two-wheeler.
22        A.    I've probably been riding a bike I guess
23   for -- whew! -- well over 30 years.
24        Q.    How many bikes would you say you owned
25   during that period?  Limiting that to ten-speed
```

1                    Speier

2    legitimate bikes.

3              MR. MUSTO:  Ten-speed or above?

4              MR. GERARDE:  Ten-speed or above.

5         A.    Five.

6         Q.    And have you ever had occasion --

7         A.    Or maybe six.

8         Q.    Sure.

9              Have you had occasion to work on

10   bicycles?

11        A.    Yes.

12        Q.    The mechanics?

13        A.    Yes.

14        Q.    Would you consider yourself a bicycle

15   mechanic?

16        A.    Yes.

17        Q.    Tell me a little bit about your

18   experiences as a bicycle mechanic.

19        A.    When I was maybe 15 a friend and I

20   started a small bike repair shop in his basement in

21   the Bronx where we fixed local people's bicycles.

22   I had obviously already been into cycling at this

23   point, and into repairing bicycles.  My older

24   brother, who got me into cycling, you know, I'd

25   watched him do repairs on bicycles in our house, so

Page 23

                              Speier

1
2      that's pretty much where I got into it, fixing

3      bikes.

4              And then, of course, just being on

5      bicycle trips I started doing, you know, repairs on

6      bikes during the course of trips as needed.  I

7      assembled -- when I was working for American Youth

8      Hostels I assembled new bicycles that we gave to

9      our summer trip leaders to use.

10             And then, of course, just, you know,

11     working on my own bicycle.  I've never actually

12     given my bicycle to a bike shop to do work on.

13         Q.    All right, so you do all your own work.

14         A.    Yeah.

15         Q.    Just so I have an idea of the kinds of

16     things you can do in terms of being a bike

17     mechanic, is there anything about a bicycle that

18     you couldn't do, that you would consider to be over

19     your head and you needed an expert to do for you?

20         A.    At this point, not really.  The newer

21     bikes with some of the SIS shifting.  I'm kind of a

22     retro guy, and I'm riding a bike that's 31 years

23     old.  I have always kind of ridden vintage bikes.

24     So I can definitely do work on newer stuff, but I

25     probably am not -- you know, not with the same

Page 24

```
 1                    Speier
 2  proficiency than with older.
 3        Q.    Give me an idea of some of the tasks
 4  that come up in terms of your bike mechanic
 5  experience.
 6        A.    I can assemble a bicycle from scratch.
 7  Or, you know, overhaul it completely, so whether
 8  that's from a bare frame to building a complete
 9  bicycle.
10        Q.    So you can put the gears on.
11        A.    Yup.
12        Q.    And --
13        A.    And I can --
14              (Discussion off the record.)
15        Q.    And I meant to say and you can install
16  the brakes?
17        A.    Yes, I can.
18        Q.    All right.  And can you adjust brakes?
19        A.    Yes, I can.
20        Q.    And you can install derailleurs?
21        A.    Yes.
22        Q.    And adjust them as needed?
23        A.    Yes.
24        Q.    And you can fix the tires.
25        A.    Yes.
```

Page 25

1                    Speier

2          Q.    All right.  Can you adjust handlebars?

3          A.    Yes.

4          Q.    And is that something that you are

5     proficient in, all of those tasks that I've

6     mentioned?

7          A.    Yes.

8          Q.    Are you able to give me as many miles

9     you've logged as a bicyclist over the years?

10         A.    That would be pretty hard.  You know, in

11    recent years I probably ride about, I don't know,

12    about 1500 miles a year.  And then, of course, I

13    have some, you know, long trips.  You know, I

14    cycled across the country.  That was 4200 miles.

15         Q.    Right.

16               Would you say you're cycling more often

17    now than say the previous -- if you took the last

18    five years, would you say during that chunk of time

19    you were cycling more than you were the five years

20    before that, or about the same or less?

21         A.    I would say the last five years I'm

22    probably cycling more than I was the previous five.

23         Q.    OK, but in any event, would it be a fair

24    statement to say that you've cycled several

25    thousand miles --

1                           Speier

2        A.    Yes.

3        Q.    -- in, say, the last ten years?

4        A.    Yeah.

5        Q.    And it probably is more than 10,000

6   miles; wouldn't it be?

7        A.    Probably.

8        Q.    Since you crossed the country in one

9   stretch --

10       A.    Right.

11       Q.    -- at 4,200 miles.

12       A.    Um-hm.   Yup.

13       Q.    How long did it take you to across the

14  country?

15       A.    65 days.

16       Q.    Have you ever trained anybody in the

17  proper way to ride a bicycle?

18       A.    Not formally.

19       Q.    All right, what about informal training?

20       A.    I have ridden with friends, and we've

21  talked about cycling techniques.

22       Q.    In the scenario where you are one of

23  these leaders or marshals with tours, is there any

24  instruction given ever?

25       A.    Yes.   We do a bicycle safety talk,

Page 27

1                    Speier

2    discuss, you know, proper riding, how to ride

3    safely on a road.

4        Q.    And is that something that would take

5    place at the beginning of the tour?

6        A.    Yes.

7        Q.    Are you a member of any cycling

8    organizations?

9        A.    I'm a member of the League of American

10   Wheelmen, if it's still -- it might be League of

11   American Cyclists or League of American Wheelmen.

12       Q.    What is that?

13       A.    It's an organization that promotes

14   cycling, and tries to get more bicycle paths

15   created.

16       Q.    Any other organizations that you're a

17   member of?

18       A.    No, not cycling organizations.

19       Q.    Did you ever participate in any racing?

20       A.    I never raced.

21       Q.    Other than the bike repair shop you and

22   your buddy started in Brooklyn, have you ever   --

23       A.    The Bronx.

24       Q.    Oh, I'm sorry.

25            -- have you ever worked in a bike shop,

Page 28

```
1                    Speier

2    any other shop?

3         A.    I worked at American Youth Hostels,

4    which wasn't a bicycle shop in the sense that we

5    didn't sell bicycles, we sold bicycle parts, and we

6    didn't perform repairs on bicycles.  We had a bike

7    shop that was used specifically for the bicycles

8    that were given out to the leaders for the summer.

9         Q.    OK.

10        A.    So my -- I did for some time assemble

11   bicycles and do some maintenance on those bicycles

12   that were owned by American Youth Hostels.

13        Q.    And about how large was that fleet?

14        A.    Oh, probably a hundred bicycles.

15        Q.    Oh, I see.  All right.

16              So you were the maintenance division for

17   that hundred-bicycle fleet, to keep them up and

18   running.

19        A.    There were a few people who would assist

20   in doing that.  It wasn't -- I was working in the

21   store at that time as a salesperson, and this was

22   something that I would do just for some extra

23   hours.

24        Q.    Do you consider yourself to be an expert

25   in safe bicycle operation?
```

1                    Speier

2        A.    I consider myself to be -- yeah, I would

3    say that I'm probably an expert in safe bicycle

4    operation.

5        Q.    I want to talk to you about some of the

6    fundamentals of bike-riding.

7              What are some of the safety tips that

8    you would give a tour when you say you have your

9    safe riding talk?

10       A.    Well, we would talk about keeping the

11   group cycling in single file where practical;

12   keeping a safe distance from the cyclist in front

13   of you; obeying the rules and regulations of the

14   road as if you were driving a car, so stopping at

15   stop signs, obeying traffic lights, using hand

16   signals for turning as well as stopping;

17   verbalizing your turns and any direction changes so

18   that the cyclists in front or behind you know what

19   you're doing; paying attention to the conditions of

20   the road, the surface of the road, the condition of

21   the shoulder; if there is a shoulder, watching out

22   for sewer gratings, puddles, leaves, any other road

23   hazards; suggestions for using proper gearing to

24   get up and down hills; keeping your bicycle --

25   keeping control of the bicycle; riding at a speed

Page 142

1

2                    C E R T I F I C A T E

3     STATE OF NEW YORK      )

4                              : ss.

5     COUNTY OF NEW YORK    )

6

7          I, SHAUNA STOLTZ-LAURIE, a Notary Public

8     within and for the State of New York, do

9     hereby certify:

10         That MATTHEW SPEIER, the witness whose

11    deposition is hereinbefore set forth, was

12    duly sworn by me and that such deposition is

13    a true record of the testimony given by the

14    witness.

15         I further certify that I am not

16    related to any of the parties to this action

17    by blood or marriage, and that I am in no

18    way interested in the outcome of this

19    matter.

20         IN WITNESS WHEREOF, I have hereunto

21    set my hand this 12th day of November, 2003.

22

23

24                    SHAUNA STOLTZ-LAURIE

25