$ 5.00

# ZONING REGULATIONS

# OF THE

# TOWN OF SHERMAN, CONNECTICUT

Original Regulations Adopted: May, 1937
Last Amendment: October 7, 1999

## BUILDING CODE
## OF THE
## TOWN OF SHERMAN, CONNECTICUT

Adopted: June, 1961

## SOIL EROSION AND SEDIMENT CONTROL REGULATIONS
## FOR LAND DEVELOPMENT

Adopted: July, 1985
Last Amendment: May 2, 1991

 **411.4** The number of families, if any, that each building is designed or intended to accommodate.

 **411.5** Proposed drainage facilities and an erosion control plan if latter is required by the Commission.

 **411.6** Existing and proposed contours of the land, if any change in grading is proposed, with a plan for erosion control.

**412.** In the case of an application involving an alteration, renovation, extension or enlargement or an accessory building or the like, in conjunction with a pre-existing structure with an acceptable plot plan, the regulation as set forth in Section 411.1 with not apply.

**413.** In the case of an application involving a building or structure, the applicant or his authorized agent shall, upon completion of the foundation walls of the building or structure, be required to submit to the Zoning Enforcement Officer a survey prepared and certified substantially correct by a registered land surveyor, showing the actual location of such foundation walls on the lot. No building or structure shall thereafter be constructed above the foundation walls until said plot plan survey has been approved by the Zoning Enforcement Office as complying with the applicable provisions of the building permit and these Regulations.

**414.** Any permit issued on the basis of false or inaccurate information, supplied by the applicant or contained in the application shall be null and void.

**415.** No zoning permit shall be issued unless the lot has the required road frontage in accordance with Section 331.4 or 332.4 or 333.4, whichever is applicable, and unless such road has been completed or has had its sub-base completed and specified gravel applied, in compliance with the Road Construction Ordinance of the Town of Sherman.

**416.** The duration of any permit shall be for three (3) years unless otherwise specified in the permit or extended by the Commission. Unless it is renewed by the Commission, the permit shall expire if the activity authorized therein is not initiated within one (1) year from the date the permit was issued. Permit renewal and extension shall be at the discretion of the Commission. All permits shall expire upon the completion of the acts specified therein. [1]

---

[1] Effective 3/29/90

# ARTICLE IV - ADMINISTRATION AND ENFORCEMENT

**SECTION 400.** **ENFORCEMENT:**

No commission, board, agency, officer or employee of the Town shall issue, grant or approve any permit, license, certificate or other authorization for construction, reconstruction, alteration, enlargement of moving of any building or structure or for any use of land or building that would not be in full compliance with the provisions of these Regulations, except as permitted by the Zoning Board of Appeals in accordance with Section 441.2. Amy permit, license, certificate or other authorization issued, granted or approved in violation of the provisions of these Regulations shall be null and void and of no effect without the necessity of any proceedings or revocation or nullification thereof.

**SECTION 410.** **ZONING PERMITS**

**411.** No buildings or structure shall be erected, constructed, reconstructed, enlarged, altered or moved, or excavation made therefor, or work begun thereon, or use made of any land until a zoning permit therefor has been issued by the Planning and Zoning Commission. Except upon a written authorization of the Zoning Board of Appeals, under circumstances set forth in Section 441.2, no such permit shall be issued for any building or structure where said construction, addition, alteration, moving or use thereof would be in violation of any of the provisions of these Regulations. Before any permit shall be issued, written application therefor shall be made in quadruplicate on a form to be furnished by the Planning and Zoning Commission. Such application shall contain or be accompanied by the following, as appropriate:

**411.1** Two copies of a plot plan, drawn to a scale and certified substantially correct by a registered land surveyor, showing the actual shape, dimensions and area of the lot. One copy of the plan shall be returned to the applicant subsequent to its approval.

**411.2** The actual size and location on the lot of all buildings proposed to be built on the lot and of any existing buildings or structures that shall remain.

**411.3** The existing and intended future use to be made of the proposed improvement and the premises.