# John A. Serth Jr., P. E.

Consulting Engineer
409 Moe Road, Clifton Park, N.Y. 12065

518-348-0319
Fax: 518-348-0052
E-Mail: serth@compuserve.com

**CURRICULUM VITAE**

**Education:**     **M.S. Civil Engineering** June 1983
SUNY at Buffalo, Buffalo, NY
**B.S. Civil Engineering** June 1981
SUNY at Buffalo, Buffalo, NY

**Professional Experience:**

5/81 - Present          **Private Consulting Work**
Consulting engineering services relating to accident site analysis and accident reconstruction from field analysis to courtroom testimony. Services include field surveys, aerial photography, determination of measurements from photographs with computer assistance, determination of coefficient of friction, sight distance, pre-collision speed (using both momentum and energy methods), pre-skid speed, superelevation, the degree of curvature, length of vertical curve, grade, point of impact, traffic signal phases, and determination of other necessary information to understand the accident. Projects have also included construction of courtroom displays including engineering drawings, two and three dimensional displays and computer generated video. Engineering drawings are output from the computer using AUTOCAD software. Video is generated in house with the use of 3D Studio software. Courtroom testimony has been given in New York, Vermont, and Ontario. Clients have included private attorneys, insurance companies, engineering firms, municipalities, and citizen groups.

8/88 - 6/92          **NYSDOT Consultant Management Bureau**
1220 Washington Avenue, Albany, NY   12232.
Project Engineer in the Main Office Consultant Management Bureau. Responsibilities included providing and coordinating the technical direction of private consultants involved in the design of highway projects for the State of New York. Including the preparation of Design Reports, Public Meeting and Hearings, Hazardous Waste Assessments, Environmental Assessments, Environmental Impact Statements and the final plans. The projects included Route 96 in Ithaca, Route 59 in Rockland County, Route 13 in Thompkins County, bridge deck evaluations statewide, and several smaller bridge replacement projects among others. Additional special projects included, the rewriting of Chapter 9 of the AASHTO book "A Policy on Geometric Design of Highways and Streets" 1990.

EXHIBIT 1

| | |
|---|---|
| 8/84-8/88 | **NYSDOT Design Bureau** |
| | 1220 Washington Avenue, Albany, NY  12232 |

Civil Engineer in a design squad. Duties revolved around the progressing of highway design projects from the conceptual phase through final design. Including personally writing Design Reports, designing the physical features of the proposed highways on an Intergraph Cadd system, and developing cost estimates for the projects. Projects included Route 9W over 303 in Rockland County, Ridge Road in Erie County and others.

| | |
|---|---|
| 4/83-8/84 | **NYSDOT Project Development Bureau** |
| | 1220 Washington Avenue, Albany, NY  12232 |

Transportation Analyst. Duties included evaluating possible future transportation projects statewide. Environmental impacts and engineering concerns were analyzed. Benefits such as decreased accident costs and shortened travel times were compared to the cost of the project to determine appropriate projects for advancement.

| | |
|---|---|
| 8/81-5/82 | **SUNY at Buffalo, Civil Engineering Department,** |
| | Buffalo, NY |

Teaching Assistant for graduate and undergraduate highway related Civil Engineering courses. Duties included class instruction, paper grading and answering student questions.

Research Assistant. Duties included running the Asphalt Lab and conducting experiments on anti-stripping additives for cold-mix asphalt pavements.

| | |
|---|---|
| 5/80-8/80 | **NYSDOT REGION 1** |
| | 84 Holland Avenue, Albany, NY |

Transportation Construction Inspector. Intersection reconstruction project in Glens Falls, NY. The construction included sidewalk, curb, and pavement construction, lighting and signal placement, the installation of closed drainage systems and much of the incidental work related to transportation projects.

| | |
|---|---|
| 5/79-8/79 | **NYSDOT REGION 1** |
| | 84 Holland Avenue, Albany, NY |

Engineering Aide in a survey crew which was responsible for performing detailed surveys of small areas for future transportation projects.

**Teaching experience:**

Union College, Department of Civil Engineering
Transportation Engineering   Civil Engineering Computer Applications
AutoCad for Senior Design         Independent Study - Concrete Canoe
Working with students on special projects
1992, 1996 to 2002

Licensed Professional Engineer - State of New York