UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                      )
STEPHEN BERNSTEIN and PHYLLIS          )
BERNSTEIN                              )   CIVIL ACTION NO.
                                      )   3:02 CV 1740 (WIG)
VS.                                    )
                                      )
TOWN OF SHERMAN                        )   JULY 11, 2006
_____)

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance for the plaintiffs in the above-entitled matter, in addition to those appearances already on file.

                            THE PLAINTIFFS

                            By _____
                               Sean K. McElligott
                               Federal Bar No. ct27030
                               Koskoff Koskoff & Bieder
                               350 Fairfield Avenue
                               Bridgeport, Connecticut 06604
                               Tel:  203-336-4421
                               FAX:  203-368-3244
                               Email: smcelligott@koskoff.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 11th day of July, 2006, to all counsel and pro se parties of record, as follows:

Thomas R. Gerarde, Esquire
Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, Connecticut 06114

Jesse J. Graham, II, Esquire
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

                                                                                                      _____

                                                                                                      Sean K. McElligott