```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

              Call of the Calendar & Jury Selection

         Honorable William I. Garfinkel, U.S. Magistrate Judge
                        915 Lafayette Boulevard
                              Bridgeport
                   Courtroom #4, 2nd Floor Annex

                         September 19, 2006

                              9:30am

                          NOTICE TO COUNSEL
```

Proposed Voir Dire questions shall be submitted in compliance with the Pretrial Order.

Problems with the selection of juries or in the assignment of trial dates shall be discussed prior to the calendar date among all counsel. No continuances shall be granted except upon a timely request submitted in writing, after such consultation and upon good cause shown.

Any request by counsel for a continuance to the next jury selection date must include a representation that his/her client joins in the request.

Because settlement of cases assigned for jury selection or trial affects counsel and parties in other scheduled cases, timely notice must be given of settlements.

Attention of counsel in civil cases is called to the District Court Standing Order Regarding Trial Memoranda in Civil Cases and to this Court's Pre-trial Order.

```
                                   William I. Garfinkel
                                   United States Magistrate Judge
```

CASE NO. **3:02cv1740(WIG)**    **Stephen Bernstein, et al v Town of Sherman**

| | |
|---|---|
| Richard A. Bieder | William M. Bloss |
| Koskoff, Koskoff & Bieder, P.C. | Koskoff, Koskoff & Bieder, PC. |
| 350 Fairfield Ave. | 350 Fairfield Ave. |
| Bridgeport, CT 06604 | Bridgeport, CT 06604 |

Cynthia C. Bott  
Koskoff, Koskoff & Bieder, P.C.  
350 Fairfield Ave.  
Bridgeport, CT 06604

Thomas R. Gerarde  
Howd & Ludorf  
65 Wethersfield Ave.  
Hartford, CT 06114-1190

Jesse J. Graham, III  
Rivkin Radler, LLP  
926 Reckson Plaza  
Uniondale, NY 11556-0926

Beatrice S. Jordan  
Howd & Ludorf  
65 Wethersfield Ave.  
Hartford, CT 06114-1190

Sean K. McElligott  
Koskoff, Koskoff & Bieder, P.C.  
350 Fairfield Ave.  
Bridgeport, CT 06604