UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN | ) |
| | ) CIVIL ACTION NO. |
| | ) 3:02 CV 1740 (WIG) |
| VS. | ) |
| | ) |
| TOWN OF SHERMAN | ) September 20, 2006 |

## STIPULATIONS

The parties in this case hereby stipulate and agree:

1. PLAINTIFF'S EXHIBIT 1 is a document filed in the Sherman town clerk's office on July 1, 2002 intending to provide notice of the claim of Steven Bernstein to the Town of Sherman.

2. PLAINTIFF'S EXHIBIT 4 is a survey map filed on the land records on the Town of Sherman on March 9, 1995.

3. PLAINTIFF'S EXHIBIT 6 is a tax assessor's map for Church Road in the Town of Sherman.

4. PLAINTIFF'S EXHIBIT 7 is a tax assessor's map for Church Road in the Town of New Milford.

5. PLAINTIFF'S EXHIBIT 16 are Danbury Hospital records from 2002.

6. PLAINTIFF'S EXHIBIT 17 are Mt. Sinai Hospital records from 2002.

7. PLAINTIFF'S EXHIBIT 18 are Franklin Hospital records from 2004

8. PLAINTIFF'S EXHIBIT 19 are St. Charles Rehabilitation records

9. PLAINTIFF'S EXHIBIT 20 are records of Richard Storm, M.D.

10. PLAINTIFF'S EXHIBIT 21 are records of Melvin W. Young, M.D.

11. PLAINTIFF'S EXHIBIT 22 are records of Ralph Iorio, M.D.

12. PLAINTIFF'S EXHIBIT 23 are Doshi Diagnostic Imaging Services records

THE PLAINTIFF

By _____
William M. Bloss
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604

THE DEFENDANT

By _____
Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926

2