UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEPHEN BERNSTEIN | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) 3:02 CV 1740 (WIG) |
| | ) |
| TOWN OF SHERMAN | ) September 22, 2006 |

## STIPULATION

The parties in this case hereby stipulate and agree:

1. The utility pole closest to the photographer in PLAINTIFF'S EXHIBIT 14G is Southern New England Telephone Co. pole 2542.

THE PLAINTIFF

By _____
William M. Bloss
Koskoff Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, Connecticut 06604

THE DEFENDANT

By _____
Jesse J. Graham, II, Esq.
Rivkin Radler LLP
EAB Plaza
Uniondale, N.Y. 11556-0926