# United States District Court

DISTRICT OF Connecticut

Stephen Bernstein, et al
v.
Town of Sherman

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 3:02 CV 1740 (WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | William Bloss | Thomas Geraside |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9-20, 21, 22 | S. Baldwin | C. Landers |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 9-20-06 | | | Phyllis Bernstein, Woodmere, N.Y. |
| ✓ | | 9-21-06 | | | C. James Osborne, Jr. New Milford, CT (surveyor) |
| ✓ | | 9-21-06 | | | Donald Borkowski, Sherman, CT |
| ✓ | | 9-21-06 | | | Debra Bernstein, Irvington, N.Y. |
| ✓ | | 9-21-06 | | | Stephen Bernstein, Woodmere, N.Y. |
| ✓ | | 9-22-06 | | | Laurence Foreman, Miami, Florida |
| ✓ | | " | | | Gary Crakes, Cheshire, CT (P.D) |
| ✓ | | 9-25-06 | | | John Serth, Jr. Clifton Park, N.Y. (consulting engineer) |
| | ✓ | " | | | Richard McGoldrick, Sherman, CT |
| | ✓ | 9-26-06 | | | Matthew Speier, New York, N.Y. |
| ✓ | | " | | | Gerald Brooks, New York, N.Y. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages