*Both Counsel stipulate all exhibits be marked as full exhibits on 9-20-06*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
9-27- 2006
By: [signature]

STEPHEN BERNSTEIN and PHYLLIS BERNSTEIN )
)
VS. ) CIVIL ACTION NO.
) 3:02 CV 1740 (WIG)
TOWN OF SHERMAN )

## INDEX TO PLAINTIFFS' EXHIBITS

- *Full-9-20-06* 1. Statutory notice of claim July 1, 2002. - *D.B*
- 2. Campion Ambulance Service report April 14, 2002.
- 3. Sherman Ambulance Service report April 14, 2002.
- *Full-9-21-06* 4. Survey map #1449, for Richard McGoldrick. - *C.J.O.*
- *Full-9-25-06* 5. Warranty deed, Richard McGoldrick to William J. and Phyllis McGoldrick, 2001. - *R.M.*
- *Full-9-21-06* 6. Tax assessor map of Church Road, Town of Sherman. - *C.J.O.*
- *Full-9-21-06* 7. Tax assessor map of Church Road, Town of New Milford. - *C.J.O.*
- *Full-9-21-06* 8. Six-year capital improvement plan July 1, 2000-2006, Town of Sherman. - *D.B*
- *Full-9-21-06* 9. Five-year capital improvement plan, including 1999-2000 fiscal year. - *D.B.*
- *Full-9-21-06* 10. Five-year capital improvement plain amended April 4, 1997. - *D.B.*
- 11. Street map of Church Road
- 12. Town of Sherman Highway Department monthly work schedule May 2001.
- *Full-9-20* 13A. DVD of Church Road taken by John Serth, P.E. - *P.S.*
- *Full-9-25* 13B. Map of Church Road made by John Serth, P.E.
- *See exhibit list* 14A-14DD. Photographs of Church Road.
- *Full 9-20* 15. Pamphlet and map provided by Brooks Country Cycling Tours - *P.S.*
- *Full 9-22-06* 16. Danbury Hospital records, 2002. - *L.F.*
- *Full 9-22-06* 17. Mt. Sinai Hospital records - *L.F.*
- *Full 9-22-06* 18. Franklin Hospital records, 2004 - *L.F.*
- *Full 9-22-06* 19. St. Charles Rehabilitation Center records - *L.F.*
- *Full 9-22-06* 20. Richard Storm, M.D. records - *L.F.*
- *Full 9-22-06* 21. Melvin W. Young, M.D. records - *L.F.*
- *Full 9-22-06* 22. Ralph Iorio, M.D. records - *L.F.*
- *Full 9-22-06* 23. Doshi Diagnostic Imaging Services records 1/03-5/03 - *L.F.*
- *Full 9-20* 24. Day in the life DVD of plaintiff - *P.S.*
- *Full 9-20* 25A-B. Photographs of plaintiff and family pre-injury - *P.S.*
- 26. Income Tax returns for plaintiff.
- *Full 9-25-06* 27. Resume of John Serth, P.E.
- 28. Report of John Serth, P.E.
- *Full 9-22-06* 29. Resume of Lawrence Forman - *L.F.*
- *Full 9-22-06* 30. Report of Lawrence Forman, Comprehensive Rehabilitation Consultants, Inc. - *L.F.*
- 31. Resume of Gary Crakes, Ph. D.
- *Full 9-22-06* 32. Report of Gary Crakes, Ph. D. (appraisal of economic loss) - *G.C.*
- *Full 9-22-06* 33. U.S. Government Life Expectancy Table - *L.F.*
- *Full-9-21-06* 34. Medical Bills