# United States District Court

**EXHIBIT AND ~~WITNESS~~ LIST**

Stephen Bernstein v. Town of Sherman

CASE NUMBER: 3:02CV1740(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | William | Thomas Gerarde |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9-20, 21 | S. Baldwin | C. Landers |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14-A | | 9-20-06 | 9/20 | 9/20 | Photograph of Church Road - P.S. |
| 14-b | | | 9/20 | 9/20 | " " - P.S. |
| 14c | | | 9/20 | 9/20 | " " - P.S. |
| 14d | | | 9/20 | 9/20 | " " - P.S. |
| 14E | | | 9/20 | 9/20 | " " - P.S. |
| 14G | | | 9/20 | 9/20 | " " - P.S. |
| 14H | | | 9/20 | 9/20 | " " - P.S. |
| 14s | | 9-21-06 | 9/21 | 9/21 | " " - D.B. |
| 14N | | 9-21-06 | 9/21 | 9/21 | " " - D.B. |
| 14T | | 9-21-06 | 9/21 | 9/21 | " " - D.B. |
| 14m | | 9-25-06 | 9/25 | 9/25 | " " - J.S. |
| 14dd | | 9-26-06 | 9/26 | 9/26 | " " M.S. |
| 14cc | | 9-27-06 | 9/20 | 9/27 | " " |
| 14bb | | | 9/20 | 9/27 | " " |
| 14F | | | 9/20 | 9/27 | " " |
| 14Z | | | 9/20 | 9/27 | " " |
| 14L | | | 9/20 | 9/27 | " " |
| 14o | | | 9/20 | 9/27 | " " |
| 14p | | | 9/20 | 9/27 | " " |
| 14Q | | | 9/20 | 9/27 | " " |
| 14R | | | 9/20 | 9/27 | " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size