*Both Counsel stipulate all exhibits be marked as full exhibits except defense exhibit 88, on 9-20-06*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (WIG) |
| v. | : | |
| TOWN OF SHERMAN | : | |

### INDEX TO DEFENDANT'S EXHIBITS

*Full 9-26* 50. Photo of Church Road - M.S.

*Full 9-26* 51. Photo of Church Road

*Full 9-20* 52. Photo of Church Road

*Full 9-26* 53. Photo of Church Road

54. Photo of Church Road

55. Photo of Church Road

56. Photo of Church Road

57. Photo of Church Road

58. Photo of Church Road

59. Photo of Church Road

60. Photo of Church Road

61. Photo of Church Road

62. Photo of Church Road

63. Photo of Church Road

64. Photo of Church Road

65. Photo of Church Road

66. Photo of Church Road

67. Photo of Church Road

*Full -9/20* 68. Photo of Church Road

69. Photo of Church Road

70. Photo of Church Road

71. Photo of Church Road

*Full 9/20* 72. Photo depicting the bicycle operated by plaintiff Stephen Bernstein on the date of the incident  - *P.S.*

*Full 9/21/06* 73. Plaintiff's §13a-149 Statutory Notice

74. April 2002 Sherman Highway Department Work Schedule

75. March 2002 Sherman Highway Department Work Schedule

76. February 2002 Sherman Highway Department Work Schedule

77. November 2001 Sherman Highway Department Work Schedule

78. October 2001 Sherman Highway Department Work Schedule

79. September 2001 Sherman Highway Department Work Schedule

80. July 2001 Sherman Highway Department Work Report

81. June 2001 Sherman Highway Department Work Schedule

82. May 2001 Sherman Highway Department Work Schedule

83. February 2001 Sherman Highway Department Work Schedule

84. January 2001 Sherman Highway Department Work Schedule

85. Brooks Country Cycling Tours 2002 Pamphlet

*Full -9/20/06* 86. Brooks Country Cycling Tours Connecticut Countryside Day Trip Itinerary/Cue *M.S* Sheet

87. Brooks Country Cycling Tours Connecticut Countryside Day Trip Map

88. Brooks Country Cycling Tours Waiver Agreement

89. Campion Ambulance Trip Run Report, dated April 14, 2002

*Full - 92606* 90. Sherman Ambulance Call Report, dated April 14, 2002

*Full - 92606* 91. Plaintiff's medical records re treatment at Danbury Hospital, dated April 14, 2002 to May 1, 2002

*Full - 926* 92. Plaintiff's medical records re treatment at Mt. Sinai Hospital, dated May 28, 2002

*Full - 926* 93. Certified weather Records re January 2002 through June 2002

94. Enlargement of aerial photo of accident scene

95. Diagram of accident scene – Mapquest (2A, 2B)

96. Enlargement of still photo from DVD of Church Road taken by John Serth

97. Enlargement of still photo from DVD of Church Road taken by John Serth

98. Enlargement of still photo from DVD of Church Road taken by John Serth

99. Enlargement of still photo from DVD of Church Road taken by John Serth

100. Enlargement of still photo from DVD of Church Road taken by John Serth

101. Enlargement of still photo from DVD of Church Road taken by John Serth

102. Enlargement of still photo from DVD of Church Road taken by John Serth