UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, | : | |
| Plaintiff, | : | |
| vs. | : | No. 3:02CV01740(WIG) |
| TOWN OF SHERMAN, | : | |
| Defendant. | : | September 27, 2006 |

## VERDICT FORM
### (SPECIAL INTERROGATORIES)

Please answer the following questions in order:

1. On April 14, 2002, did the Town of Sherman have a duty to maintain or repair the roadway where the accident occurred?

    YES __✓__    NO _____

If you answered "yes" to Question No. 1, please answer Question No. 2. If you answered "no" to Question No. 1, do not answer any further questions. The foreperson should sign and date the Verdict Form.

2. On April 14, 2002, was the roadway where the accident occurred defective, as that term has been defined to you?

    YES _____    NO __✓__

If you answered "yes" to Question No. 2, please answer Question No. 3. If you answered "no" to Question No. 2, do not answer any further questions. The foreperson should sign and date the Verdict Form.

1

**3. As of April 14, 2002, did the Town of Sherman have actual or constructive notice of the defective condition of the roadway which Plaintiff claims caused his injuries?**

        **YES** _____        **NO** _____

If you answered "yes" to Question No. 3, please answer Question No. 4. If you answered "no" to Question No. 3, do not answer any further questions. The foreperson should sign and date the Verdict Form.

**4. Did the Town of Sherman fail to exercise reasonable care to remedy the defective condition of the roadway?**

        **YES** _____        **NO** _____

If you answered "yes" to Question No. 4, please answer Question No. 5. If you answered "no" to Question No. 4, do not answer any further questions. The foreperson should sign and date the Verdict Form.

**5. Was the defective condition of the roadway the sole proximate cause of the Plaintiff's injuries, meaning that there was no negligence on the part of the Plaintiff or a third party that contributed substantially, in whole or part, to Plaintiff's injuries?**

        **YES** _____        **NO** _____

If you answered "yes" to Question No. 5, please answer Question No. 6. If you answered "no" to Question No. 5, do not answer any further questions. The foreperson should sign and date the Verdict Form.

6. What amount of damages do you award the Plaintiff, Stephen Bernstein, as fair, just, and reasonable compensation for the economic losses he has sustained and will probably sustain in the future as a result of the defective condition of the roadway?

$ _____

Please answer Question No. 7.

7. What amount of damages do you award the Plaintiff, Stephen Bernstein, as fair, just, and reasonable compensation for the non-economic losses he has sustained and will probably sustain in the future as a result of the defective condition of the roadway?

$ _____

The Foreperson should sign and date the Verdict Form.

*Christanne R. Cufanese*
Foreperson

27 - September - 2006
Date

3