UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEPHEN BERNSTEIN,
PHYLLIS BERNSTEIN

    v.                                                         3:02cv1740(WIG)

TOWN OF SHERMAN

## JUDGMENT

This matter came on for trial before a jury and the Honorable William I. Garfinkel, United States Magistrate Judge after a Consent to Proceed Before a U.S. Magistrate was entered on January 27, 2006. On February 7, 2005, defendant's motion for summary judgment **(Doc #38)** as to Phyllis Bernstein was granted. On September 27, 2006, after deliberation the jury returned a verdict for the defendant Town of Sherman and against the plaintiff Stephen Bernstein.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 28th day of September, 2006.

                                                                     KEVIN F. ROWE, Clerk

                                                                     By /s/_____

                                                                              Deputy Clerk

Entered on Docket _____