UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (WIG) |
| v. | : | |
| TOWN OF SHERMAN | : | NOVEMBER 2, 2006 |

### DEFENDANT'S BILL OF COSTS

Pursuant to Local Rule 54(a), the defendant, Town of Sherman, hereby submits its bill of costs in the above-captioned matter. On September 27, 2006, after deliberations, the jury entered a verdict in favor of the Town of Sherman. Thereafter, on September 28, 2006, a judgment in favor of the defendant was entered by the Court (Garfinkel, J.) in accordance with the jury's verdict. The plaintiffs have not appealed the judgment.

A verification pursuant to 28 U.S.C. §1924 is attached hereto as **Exhibit A** and made a part hereof.

A.     Fees of the Court Reporter (D. Conn. L. Civ. R. 54(c)2(ii)):

    1.     Deposition Transcript of Stephen Bernstein (taken June 3, 2003)
              Original & 1 copy (60 pages @ $5.75/page)           $345.00
              Court Reporter Appearance Fee                      $95.00

    2.     Deposition Transcript of Debra Bernstein (taken Oct. 17, 2003)
              Original & 1 copy (63 pages @ $5.25/page)           $330.75
              Court Reporter Appearance Fee                      $45.00

      3.      Deposition Transcript of Mathew Speier (taken Nov. 12, 2003)
              Original & 1 copy (144 pages @ $5.95/page)      $856.80
              Court Reporter Appearance Fee      $95.00

      4.      Deposition Transcript of Gerald Brooks (taken Oct. 20, 2003)
              Original & 1 copy (126 pages @ $5.75/page)      $724.50
              Court Reporter Appearance Fee      $95.00

      5.      Deposition of John Serth (taken March 30, 2004)
              Original & 1 copy (188 pages @ $3.50/page)      $658.00
              Court Reporter Appearance Fee      $85.00

B.     Fees for Exemplification and Copies of Papers Necessarily Obtained for Use in the Case (D. Conn. L. Civ. R. 54(c)3(iii)):

          Trial Exhibits
          (59 pages @ $0.15/page)      $8.85
          (24 color pages @ $1.00/page)      $24.00

                              **TOTAL**     **$3,362.90**

DEFENDANT,
TOWN OF SHERMAN

By   /s/ Beatrice S. Jordan
     Beatrice S. Jordan
     ct22001
     Howd & Ludorf, LLC
     65 Wethersfield Avenue
     Hartford, CT  06114
     (860) 249-1361
     (860) 249-7665 (Fax)
     E-Mail: bjordan@hl-law.com

## **CERTIFICATION**

       This is to certify that on November 2, 2006, 2006, a copy of the foregoing **Bill of Costs** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Sean K. McElligott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604
(203) 336-4421
(203) 368-3244 (FAX)

Jesse J. Graham II, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, New York 11556-0926
(516) 357-3096
(516) 357-3333 (FAX)

                                                                        /s/ Beatrice S. Jordan
                                                          Thomas R. Gerarde
                                                          Beatrice S. Jordan