UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN BERNSTEIN, ET AL | : | NO.: 3:02 CV 1740 (WIG) |
| v. | : | |
| TOWN OF SHERMAN | : | NOVEMBER 2, 2006 |

### VERIFICATION OF BEATRICE S. JORDAN

I, Beatrice S. Jordan, being duly sworn, depose and say:

1. That I am over eighteen years of age and believe in the obligations of an oath;

2. I am a member of the Bar of the State of Connecticut and a member of the Bar of the United States District Court for the District of Connecticut;

3. I represented the defendant, Town of Sherman, in the above-captioned case and have knowledge of the facts of the case and the costs incurred by the defendant;

4. The items listed in the defendant's Bill of Costs are correct and have been necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed;

5. That the fees of the court reporter as set forth in the defendant's Bill of Costs are for the depositions transcripts utilized for cross-examination and/or impeachment at the jury trial of this matter, and were necessarily obtained for the preparation of the defense of this matter;

6. That the fees for exemplification and copies of papers are for the defendant's trial exhibits which were necessarily obtained for admission into evidence at the jury trial of this matter;

7. That the defendant has attached hereto, as **Exhibit A**, copies of all bills evidencing the expenses set forth in their Bill of Costs.

          DEFENDANT,
          TOWN OF SHERMAN


          By__/s/ Beatrice S. Jordan_____
             Beatrice S. Jordan
             ct22001
             Howd & Ludorf, LLC
             65 Wethersfield Avenue
             Hartford, CT  06114
             (860) 249-1361
             (860) 249-7665 (Fax)
             E-Mail:  bjordan@hl-law.com

**CERTIFICATION**

      This is to certify that on November 2, 2006, 2006, a copy of the foregoing **Verification of Beatrice S. Jordan** was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Richard Bieder, Esquire
Cynthia C. Bott, Esquire
Sean K. McElligott, Esquire
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT  06604
(203) 336-4421
(203) 368-3244 (FAX)

Jesse J. Graham II, Esquire
Rivkin Radler LLP
926 EAB Plaza
Uniondale, New York 11556-0926
(516) 357-3096
(516) 357-3333 (FAX)

                                                    /s/ Beatrice S. Jordan
                                                    Thomas R. Gerarde
                                                    Beatrice S. Jordan