# ESQUIRE™ DEPOSITION SERVICES
A HOBART WEST COMPANY

**ESQUIRE DEPOSITION SERVICES, LLC -ENY**
A Hobart West Company
Tax ID # 22-3779684
216 EAST 45TH STREET, 8TH FLOOR
NEW YORK, NY   10017
(212) 687-8010   FAX: (212)557-5972

148160    HANLD01

To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

RECEIVED JUN 19 2003

| INVOICE NUMBER | DATE |
|---|---|
| 183316ENY | 06/13/03 |

ATTN : Lisa K. Titus, Esq.     BY:_____   Due Upon Receipt

| | AMOUNT DUE | ENCL. |
|---|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
BERNSTEIN V TOWN OF SHERMAN

SERVICES PROVIDED ON 06/03/03:
| | | | |
|---|---|---|---|
| PHYLLIS BERNSTEIN | 1- 71   71 PGS @ $5.75 | 408.25 | O+1 |
| STEPHEN L. BERNSTEIN | 1- 60   60 PGS @ $5.75 | 345.00 | O+1 |
| APPEARANCE FEE | 2 @ $47.50 | 95.00 | |
| ASCII DISK | | 45.00 | |
| KEY-WORDS/CONDENSED TRANSCRIPT | 131 @ $0.20 | 26.20 | |
| MASTER WORD INDEX | 6 @ $5.75 | 34.50 | |
| SHIPPING AND HANDLING | | 10.00 | |
| ADMINISTRATIVE FEE | | 60.00 | |

BALANCE DUE
(We accept VISA, MasterCard & American Express cards)

TOTAL   1,023.95   Thank You!

For Invoice Questions,
Please Call
(866)377-5966
Fax (973) 377-9543

**On the road? Call us to cover your depositions!**

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES LLC**
P.O. BOX 17662
BALTIMORE, MD 21297-1662
Tax ID # 22-3779684

JOB: 148160   TOT: $1023.95
INVOICE #: 183316ENY
DATE: 06/13/03

Howd & Ludorf
Attn: Lisa K. Titus, Esq.
65 Wethersfield Avenue
Hartford, CT 06114



ESQUIRE™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

# Invoice

**Global Deposition Services, Inc.**

420 Lexington Avenue
Suite 2147
New York, NY 10170

| Date | Invoice # |
|---|---|
| 11/11/2003 | 101122 |

**Bill To**

Howd & Ludorf
Lisa Titus, Esq.
65 Wetherfield Avenue
Hartford, CT 06114

RECEIVED
NOV 14 2003
BY: _____

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 63 | Original +one of the Transcript + Condensed Transcript w/word index + ASCII | 5.25 | 330.75 |
| 1 | Appearance Fee | 45.00 | 45.00 |
|  | Shipping & Handling | 23.60 | 23.60 |
|  | CASE; Bernstein V The Town of Sherman<br>WITNESS: Debra Bernstein<br>DATE: October 17, 2003<br>LOCATION: White Plains, New York<br>Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

Thank You for your business. CALL 212-867-7766
TAX ID# 11-3637154

**Total** $399.35

*okay to pay*

**ESQUIRE DEPOSITION SERVICES, LLC**
A Hobart West Company
Tax ID # 22-3779684
216 EAST 45TH STREET, 8TH FLOOR
NEW YORK, NY 10017
(212) 687-8010   FAX: (212)557-5972

154652    STOLS01

110-19477

To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| INVOICE NUMBER | DATE |
|---|---|
| 191359ENY | 11/26/03 |

02/02/04

ATTN : Thomas R. Gerarde, Esq.

Due Upon Receipt

| AMOUNT DUE | ENCL. |
|---|---|

YOUR REFERENCE NUMBER:

CAPTION:
BERNSTEIN V TOWN OF SHERMAN

| | | | |
|---|---|---|---|
| SERVICES PROVIDED ON 11/12/03: | | | |
| MATTHEW SPEIER | 1- 144 | 144 PGS @ $5.95 | 856.80  O+2 |
| APPEARANCE FEE | | 2 @ $47.50 | 95.00 |
| ASCII DISK | | | 45.00 |
| KEY-WORDS/CONDENSED TRANSCRIPT | | 144 @ $0.20 | 28.80 |
| MASTER WORD INDEX | | 7 @ $5.95 | 41.65 |
| SHIPPING AND HANDLING | | | 10.00 |
| ADMINISTRATIVE FEE | | | 60.00 |

**PAST DUE**

BALANCE DUE          TOTAL   1,137.25   Thank You!

For Invoice Questions,
Please Call
(866)377-5966
Fax (973) 377-9543

Please detach and send with payment

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Remit To:

**ESQUIRE DEPOSITION SERVICES LLC**
P.O. BOX 827829
Philadelphia, PA 19182-7829
Tax ID # 22-3779684

JOB: 154652   TOT: $1137.25
INVOICE #: 191359ENY
DATE: 02/02/04

Howd & Ludorf
Attn: Thomas R. Gerarde, Esq.
65 Wethersfield Avenue
Hartford, CT 06114



ESQUIRE™
DEPOSITION SERVICES
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

**ESQUIRE™ DEPOSITION SERVICES**
A HOBART WEST COMPANY

ESQUIRE DEPOSITION SERVICES, LLC - ENY
A Hobart West Company
Tax ID # 22-3779684
216 EAST 45TH STREET, 8TH FLOOR
NEW YORK, NY 10017
(212)-687-8010    FAX: (212)-557-5972

153160    MAZZP01

To:
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

| INVOICE NUMBER | DATE |
|---|---|
| 190038ENY | 10/28/03 |

ATTN : Lisa K. Titus, Esq.

Due Upon Receipt    AMOUNT DUE    ENCL.

YOUR REFERENCE NUMBER:

CAPTION:
BERNSTEIN, STEPHEN V TOWN OF SHERMAN

SERVICES PROVIDED ON 10/20/03:
GERALD BROOKS                        1- 126   126 PGS @ $5.75        724.50    O+1

APPEARANCE FEE                                  2 @ $47.50            95.00
ASCII DISK                                                            45.00
KEY-WORDS/CONDENSED TRANSCRIPT                 126 @ $0.20            25.20
MASTER WORD INDEX                                6 @ $5.75            34.50
SHIPPING AND HANDLING                                                 17.50
ADMINISTRATIVE FEE                                                    60.00

RECEIVED
NOV 14 2003
BY: 110-19477

BALANCE DUE                                    TOTAL    1,001.70    Thank You!

Any amounts not paid within 30 days of the invoice will be considered past due and a late charge will accrue on any unpaid balance at the lesser of one and one-half percent (1.5%) per month or the maximum rate allowed by law.

For Invoice Questions,
Please Call
(866) 377-5966
Fax (973) 377-9543

Please detach and send with payment

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Remit To:

**ESQUIRE DEPOSITION SERVICES LLC**
P.O. BOX 17662
BALTIMORE, MD 21297-1662
Tax ID # 22-3779684

JOB: 153160    TOT: $1001.70
INVOICE #: 190038ENY
DATE: 10/28/03

Howd & Ludorf
Attn: Lisa K. Titus, Esq.
65 Wethersfield Avenue
Hartford, CT 06114



**ESQUIRE™ DEPOSITION SERVICES**
A HOBART WEST COMPANY

LINKING TESTIMONY, TRADITION AND TECHNOLOGY

ROBERT MILLER  
NIZIANKIEWICZ & MILLER  
*Reporting Services*  
P. O. BOX 1772  
HARTFORD, CT 06144-1772  
(860) 257-4594  

Nº 2324 M

TO: Mr. Thomas R. Gerarde, Esq.  
Howd & Ludorf  
65 Wethersfield Avenue  
Hartford, Ct. 06114  

RE: Bernstein v. Town of Sherman  
Dep. of John Serth  

DATE OF INVOICE

SS# 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

5/10/04 — For the appearance and transcript in the above entitled matter, held at Bridgeport, Ct.

APPEARANCE FEE - $ 35.00  
TRANSCRIPT FEE - $846.00  
SHIPPING & HANDLING - $ 3.00  
TAX - $ 55.86  
TOTAL - $994.86  

RECEIVED MAY 10 2004  
BY: _____  
PLEASE RETURN INVOICE WITH THIS PAYMENT

# ONE Stop Copy Shop

# Invoice

**750 Main Street**   Phone # (860) 722-9992
**Suite 300**
**Hartford, CT 06103**   Fax # (860) 722-9507

| Date | Invoice # |
|---|---|
| 9/7/2006 | 06-9099 |

*OK to Pay*
*9/07/06*
*Bernstein v. Sherman*
*110-19477*

| Bill To |
|---|
| Howd & Ludorf |
| 65 Wethersfield Ave |
| Hartford, CT 06114-1190 |

| Ordered By | Rep | Terms | Reference |
|---|---|---|---|
| Liz B. | BF | Net 15 | 110-19477 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| 8 1/2 x 11 Copies "D" Work | 130 | 0.15 | 19.50T |
| 8 1/2 x 11 Color Copies | 50 | 1.00 | 50.00T |
| 3 Hole Drilling | 276 | 0.01 | 2.76T |
| 2 " Binder | 2 | 9.99 | 19.98T |
| Custom Tabs | 96 | 0.75 | 72.00T |

*110-19477*
*BERNSTEIN v SHERMAN*
*VCHR 35225 CASE*
*CHX _____ PAID _____*

Tax ID- 61-1418869

**Sales Tax (6.0%)**   $9.85

*A finance charge of 1.5% will be added to all invoices over 30 days.*

**Total**   $174.09