UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STEPHEN BERNSTEIN, et al

      v.                                      3:02CV1740 WIG

TOWN OF SHERMAN

RULING ON BILL OF COSTS

On September 28, 2006, judgment entered for the defendant after a jury trial. On November 2, 2006, the defendant submitted a Bill of Costs and no objection was filed by the plaintiffs. For the reasons stated below, the defendant's bill of costs is granted in part and denied in part.

A. FEES FOR COURT REPORTER: Defendant is entitled to costs for an original and one copy of the transcript and any court reporter attendance fees, to be taxed at the prevailing page rate pursuant to Local Rule 80. Pursuant to Vol VI, Chap. XX of the "Guide to Judiciary Policies and Procedures", maximum transcript rates for an original and one copy are $3.75 per page. Postage and handling and charges for delivery of transcripts are not recoverable as costs, Wahl v. Carrier Mfg. Co., Inc. 511 F.2d 209, 217 (7th Cir., 1975). Condensed, ASCII disk, expedited or daily transcripts are also not recoverable as costs. Deposition transcripts are taxable if used at trial in lieu of live testimony, for cross-examination, for impeachment or in support of a successful motion for summary judgment pursuant to Local Rule 54(c)2.(ii).

The defendant submits a claim for the deposition transcript of Stephen Bernstein

1

in the amount of $440.00 and that claim is reduced to $320.00; claim for deposition transcript of Debra Bernstein in the amount of $375.75 is reduced to $281.25; claim for deposition transcript of Mathew Speier in the amount of $951.80 is reduced to $635.00; claim for deposition transcript of Gerald Brooks in the amount of $819.50 is reduced to $567.50 to comply with the statutory page rate of $3.75 per page. The claim for the deposition transcript of John Serth in the amount of $743.00 is allowed. Costs are entered in the amount of **$2,546.75.**

B. FEES FOR COPIES: The cost of one copy of documents admitted into evidence in lieu of the originals is allowed pursuant to Local Rule 54(c)3.(i). The defendant submits a claim for copies in the amount of $32.85 which is allowed. Costs are entered in the amount of **$32.85**.

C. SUMMARY: For the reasons previously stated, the defendant's bill of costs are allowed as follows:

| | |
|---|---|
| Fees of the Court Reporter | $2,546.75 |
| Fees for Copies | $    32.85 |
| Total | $2,579.60 |

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Bridgeport, Connecticut, this 23rd day of March, 2007.

KEVIN F. ROWE, Clerk

By____/s/ Chrystine W. Cody____
    Deputy-in-Charge